COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO, CALIFORNIA DIVISION

| | | |
|---|---|---|
| THIRU J. IMMANUEL AND IMMANUEL METAL CORPORATION<br>Plaintiffs | § § § § § | |
| vs. | § § | CIVIL ACTION NO. |
| EDWARD Z. BINE-STOCK, INDIVIDUALLY, E & E STEEL TRADING AND THE E& E GROUP, LLC<br>Defendants | § § § § § § | C 07 3402 JCS |

## PLAINTIFFS' ORIGINAL COMPLAINT

### JURISDICTION

This action arises under the Racketeer Influenced and Corrupt Organizations Act of 1970, 18 U.S.C. § 1961, and the laws of Texas. Plaintiff seeks to recover, compensatory and punitive damage sustained, as a result of the Defendants' conduct, along with the costs of this suit, interest and reasonable attorney's fees. The court's jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1332, 28 U.S.C. § 1337, 18 U.S.C. § 1964(c), and the doctrine of pendent jurisdiction.

### PARTIES

Complainant, Thiru J. Immanuel, is an individual citizen of the sovereign of India and resides there.

Complainant, Immanuel Metal Corporation is a foreign entity, in good standing, registered and established under the laws of the sovereign of India with its principal place of business at 389/4, W.G.C. Road, Tuticorin, India.

Defendant, Edward Z. Bine-Stock, Individually, can be served at 1001 Bridgeway, #227, Sausalito, Marin County, California, USA 94965.

Defendant, Edward Z. Bine-Stock, doing business as E & E Steel Trading, is an entity calling itself "E & E Steel Trading" having a prinicpal place of business at 1001 Bridgeway, #227, Sausalito, Marin County, California, USA 94965.

Defendant, E & E Group, L.L.C. is a Limited Liability Company, acting by and through its managing partner and having its principal place of business at 1001 Bridgeway, #227, Sausalito, Marin County, California, USA 94965. Service can be made to its registered agent under Corporation number 2142832, legalzoom.com, inc. at 7083 Hollywood Boulevard, Suite 180, Los Angeles, California 90026

At all times pertinent to the allegations of this Complaint, the Defendants, including, but not limited to co-conspirators, were acting in concert with, or under the direction and control of the Defendants.

The acts committed by the Defendants as alleged herein were done by them personally either while present in, or by the use of the mails, telephones and other instrumentalities in interstate commerce to and from, Texas and elsewhere.

The acts of each Defendant are deemed to be the acts of, and are chargeable to and binding upon every other Defendant.

## FACTS

Defendants falsely and fraudulently represented through written and publicly accessible interstate commerce, and use of Internet international advertising, including commercial advertising originating from United States, State of California and reaching throughout the sovereign of India the following:

1.  That Defendants are engaged in the marketing, sale, and exchange of scrap metal to international purchasers for United States currency.

2

2. That Defendants market and advertise their capability and capacity to ship, in exchange for money, bulk scrap metal abroad.

3. In order to lure contacts for the purchase of Defendants alleged capability of providing scrap metal, the Defendants, show a projected image on the Internet of the picture attached hereto as Exhibit A, purportedly to demonstrate the Defendants' ownership, possession, and ability to ship scrap metal. The picture is actually a painting or artwork fraudulently displayed to cause a belief that the pile of scrap actually exist, which it does not.

4 Defendants, together and with others not yet known by name,

5. Plaintiffs paid Defendant by wire transfer United States currency in the amount of $52,500.00

6. Defendants, falsely represent, through these means, including by means of oral communication by international telephone, cellular, or internet means.

## CAUSE OF ACTION

7. The Defendants' fraudulent acts as previously set forth herein constituted violations or various section of the Federal Criminal Codes pertaining to fraudulent offenses.

8. The individual Defendants and other persons, including co-conspirators, for the purposes of executing the scheme to defraud the Plaintiffs.

9. Each use of the Defendants' and the other individuals' scheme and artifice to defraud the Plaintiff, and in furtherance of the criminal acts set forth herein, constitutes a separate offense.

10. The individual Defendants and other persons, including co-conspirators, for the purposes of effectuating the aforesaid scheme, have concealed the various frauds perpetrated on the Plaintiff by, among other things, refusing to give exchange for US currency.

11. The violation of the various sections of the United States Criminal Code pertaining to theft, and other fraudulent offenses which occurred on more than one occasion in the last ten years, constitutes a pattern of racketeering activity in violation of 18 U.S.C. § 1962, for which treble damages, costs of suit and attorneys' fees may be sought under 18 U.S.C. § 1964(c).

12. The use of the mails and wire for the purposes of effectuating the aforesaid scheme to defraud Plaintiff, which occurred on more than one occasion in the last ten years, constitutes a pattern of racketeering activity in violation of 18 U.S.C. §1962, for which treble damages, costs of suit and attorneys' fees may be sought under 18 U.S.C. § 1964(c).

13. The individual Defendants' including co-conspirators, aided, abetted, counseled, commanded, induced or procured the commission of violations set forth above.

14. Plaintiffs demand immediate return of their money, attorneys fees, expenses, cost of court, and exemplary damages.

15. Plaintiffs demand a jury trial.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court; together with interest as allowed by law; costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

Edward P. Cano
314 S. Flores
San Antonio, Texas 78204
State Bar No. 03756700
Tel: (210) 223-1099
Fax: (210) 227-5353
edcanoattorney@sbcglobal.net
Attorney for Plaintiffs

Welcome



       Contact Us

*27 Years of Service*

   

| Attention Steel Buyer: | Attention Steel Seller: |
|---|---|
| Paying too much for steel? | Too much inventory? |
| Need new suppliers? | Need new customers? |
| Need new stock fast? | Need to move stock fast? |
| No time to shop around? | No time to shop around? |
| E & E Steel Trading | E & E Steel Trading |
| can save you time and money. | can earn you time and money. |

We specialize in:
Excess, Secondary, Primes
Domestic & International
Coil, Sheet, Plate
Structurals, Tubing & Pipe, Wire & Wire Rod
Hot Rolled, Pickled & Oiled, Cold Rolled,
Galvanized, Galvanealed, Galvalume, Aluminized,
Prepainted, Electro-zinc & Stainless
Billets, Slabs, Blooms
Pig Iron & Coke

Exhibit A





Sign up for our Mailing List!



○ subscribe  ○ unsubscribe

Submit

Around the corner,
and around the world...





$E \& E = mc^2$

Web Site Designed by E & E Web Sites®
a Registered Trade Name of THE E & E GROUP LLC
Copyright © 2002-2006
All Rights Reserved
E & E Steel Trading®
is a Registered Trade Name of
THE E & E GROUP LLC





