**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRU J. IMMANUEL, ET AL., | Case No. 07-03402 JCS |
| Plaintiff(s), | |
| v. | **ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION PRO HAVE VICE [Docket No. 3]** |
| EDWARD Z. BINE-STOCK, ET AL., | |
| Defendant(s). | |

On June 28, 2007, Plaintiff filed a Motion for Pro Hac Vice Admission of Edward P. Cano (the "Motion").

IT IS HEREBY ORDERED that the Motion is DENIED without prejudice for non-compliance with the Court's Civil Local Rules 11-3(a)(2) and 11-3(a)(3).

IT IS SO ORDERED.

Dated: September 5, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge