IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO, CALIFORNIA DIVISION

| | | |
|---|---|---|
| THIRU J. IMMANUEL AND § <br> IMMANUEL METAL CORPORATION § <br> Plaintiffs § <br> § <br> vs. § <br> § <br> EDWARD Z. BINE-STOCK, § <br> INDIVIDUALLY, E & E STEEL § <br> TRADING AND THE E& E § <br> GROUP, LLC § <br> Defendants § | | CIVIL ACTION NO. <u>C-07-03402-JCS</u> |

### FIRST MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes, Thiru J. Immanuel and Immanuel Metal Corporation, Plaintiffs, and brings this First Motion for Extension of Time in this case and would show as follows:

1. Plaintiffs' Initial Complaint was filed on June 28, 2007 against Edward Z. Bine-stock, Individually, E & E Steel Trading and the E & E Group, LLC. Request for summons was made and sent.

2. Due to difficulty in locating the Defendants' physical location of where can be served, service of process was delayed because the published addresses which appeared to be physical addresses were, in fact P.O. Box addresses. Only one of the three defendants has been served. E & E Group, LLC was served on August 10, 2007, E & E Group LLC through its registered agent was served on August 15, 2007. As to the remaining two Defendants, Edward Z. Bine-Stock, Individually, and Edward Z. Bine-Stock d/b/a E & E Steel Trading remain evasive and Plaintiff continues to trying to locate these Defendants for personal service and is in the process of retaining local counsel to request alternative service.

1

3.	Consequently, in addition, counsel expects to retain sponsoring co-counsel in this case as requested in responses to Counsel's Motion for Pro Hoc Vice.  In addition, the one Defendant that has been served, E & E Group LLC, through its registered agent and E & E Group LLC, said Defendant has not entered a formal appearance at this time, thereby making it impractical or impossibly to comply with the Court's deadline of September 21, 2007.  Consequently, Plaintiffs request additional time to respond until October 26, 2007, as an extension of time in which to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

4.	Counsel for the Plaintiffs request all such other and further relief to which he may be entitled, at law or equity

Respectfully submitted,

By: ___/s/_____
Edward P. Cano
State Bar No. 03756700
314 S. Flores
San Antonio, Texas 78204
(210) 223-1099 telephone
(210) 227-5353 facsimile
Attorney for Thiru J. Immanuel and Immanuel Metal Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to any and all parties of record.

/s/_____
Edward P. Cano

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO, CALIFORNIA DIVISION**

| | |
|---|---|
| **THIRU J. IMMANUEL AND** § <br> **IMMANUEL METAL CORPORATION** § <br>   Plaintiffs § <br> § <br> vs. § <br> § <br> **EDWARD Z. BINE-STOCK,** § <br> **INDIVIDUALLY, E & E STEEL** § <br> **TRADING AND THE E& E** § <br> **GROUP, LLC** § <br>   Defendants § | CIVIL ACTION NO. <u>C-07-03402-JCS</u> |

**ORDER ON MOTION FOR EXTENSION**

On this day came before the court to be heard the Motion for Extension, filed by Plaintiffs, Thiru J. Immanuel and Immanuel Metal Corporation. After considering the motion the court finds that it should be granted.

**IT IS THEREFORE, ORDERED**, that the Plaintiffs' deadline shall be extended and the new deadline shall be October 26, 2007.

SIGNED this _____ day of _____, 2007.

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE