1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THIRU J. IMMANUEL, ET AL.,                    Case No. C-07-03402 JCS

        Plaintiff(s),

                                              **ORDER GRANTING PLAINTIFFS'
                                              FIRST MOTION FOR EXTENSION
    v.                                        OF TIME [Docket No. 9]**

EDWARD Z. BINE-STOCK, ET AL.,

        Defendant(s).
_____/

        The Court has received the First Motion for Extension of Time from Plaintiffs.  However, the counsel who executed the request, Edward P. Cano, has previously denied Pro Hac Vice admission to this court without prejudice to refiling.

        Good cause appearing, IT IS HEREBY ORDERED that the First Motion for Extension of time is GRANTED as follows:

        1.    **Not later than October 26, 2007**, the parties shall comply with Local Rule 16-8, ADR Local Rule 3-5, and Federal Rule of Civil Procedure 26(f), by meeting and conferring regarding initial disclosures, early settlement, ADR process selection, and discovery plans; and filing a joint ADR certification and stipulation to ADR process.

        2.    **Not later than October 26, 2007**, the parties shall file a Rule 26(f) report, complete initial disclosures or state objections to such disclosures in the Rule 26(f) report, and file a joint case management conference statements.

        3.    **Not later than October 26, 2007**, Plaintiffs' counsel shall file an application for pro hac vice admission to this court that complies with all of the local rules of this court.

1        IT IS SO ORDERED.

2

3    Dated: October 1, 2007

4                                              _____
                                               JOSEPH C. SPERO
5                                              United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California