**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRU J. IMMANUEL, ET AL., | No. C 07-03402 (JCS) |
| Plaintiff(s), | CLERK'S NOTICE CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| EDWARD Z. BINE-STOCK, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference before Magistrate Judge Spero, previously noticed for Friday, October 12, 2007, at 1:30 p.m., has been reset to **November 2, 2007, at 1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The joint case management statement shall be due by **October 26, 2007.** Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: October 10, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _Karen L. Hom_____
Karen L. Hom
Courtroom Deputy