#1407
LOUIS SPITTERS - SBN 112064
LAW OFFICES OF LOUIS SPITTERS
96 North Third Street, Suite 500
San Jose, California 95112
(408) 293-0463


Attorneys for Defendants,
EDWARD Z. BINE-STOCK, Individually,
E & E STEEL TRADING, and
E & E GROUP, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| THIRU J. IMMANUEL AND IMMANUEL METAL CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD Z. BINE-STOCK, INDIVIDUALLY, E & E STEEL TRADING, and E & E GROUP, LLC,<br><br><br><br><br><br><br><br>Defendants. | Case No. C 07 3402 JCS<br><br>NOTICE OF HEARING ON PETITION AND PETITION TO ENFORCE PRE-LITIGATION MEDIATION AND ARBITRATION AGREEMENT; OR ALTERNATIVELY NOTICE AND MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM; AND NOTICE OF MOTION AND MOTION FOR POSTING OF COST BOND BY PLAINTIFF; MEMORANDUM OF POINTS AND AUTHORITIES; REQUEST FOR JUDICIAL NOTICE; AND DECLARATION OF DEFENDANT EDWARD Z. BINE-STOCK IN SUPPORT THEREOF; [Proposed] ORDER<br><br>DATE:      December 14, 2007<br>TIME:      9:30 a.m.<br>CTRM:      A<br>MAGISTRATE JUDGE: Hon. John C. Spero |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 14, 2007 at 9:30 a.m. in Courtroom A of the United States District Court Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, San Francisco, California, before the Honorable John C. Spero, Magistrate Judge, Defendants EDWARD Z. BINE-STOCK, E & E STEEL TRADING, and E & E GROUP,

**NOTICE OF HEARING ON PETITION TO ENFORCE MEDIATION AGREEMENT etc.**          **Page 1**

1  LLC, shall bring for hearing a Petition to Enforce Pre-Litigation Mediation and Arbitration
2  Agreement and for Dismissal of this Action
3        PLEASE TAKE FURTHER NOTICE that at the time of the hearing on Defendants'
4  Petition, Defendants EDWARD Z. BINE-STOCK, E & E STEEL TRADING, and E & E GROUP,
5  LLC, shall bring for hearing an alternative Motion to Dismiss for Failure to State a Claim.
6        PLEASE TAKE FURTHER NOTICE that at the time of the hearing on Defendants'
7  Petition, Defendants EDWARD Z. BINE-STOCK, E & E STEEL TRADING, and E & E GROUP,
8  LLC, shall bring for hearing a Motion to Compelling Plaintiff to Post a Cost Bond in this action.
9  DATED: October 25, 2007                    LAW OFFICES OF LOUIS SPITTERS

              /s/     LOUIS SPITTERS
LOUIS SPITTERS
Attorney for Defendants,
EDWARD Z. BINE-STOCK, Individually,
E & E STEEL TRADING and
E&E GROUP, LLC