1 #1407
LOUIS SPITTERS - SBN 112064
2 LAW OFFICES OF LOUIS SPITTERS
96 North Third Street, Suite 500
3 San Jose, California 95112
(408) 293-0463
4

5 Attorneys for Defendants,
EDWARD Z. BINE-STOCK, Individually,
6 E & E STEEL TRADING and
E & E GROUP, LLC
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THIRU J. IMMANUEL AND IMMANUEL METAL CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> EDWARD Z. BINE-STOCK, INDIVIDUALLY, E & E STEEL TRADING, and E & E GROUP, LLC, <br><br> Defendants. | Case No.  C 07 3402 JCS <br><br> MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM; AND MOTION FOR POSTING COST BOND BY PLAINTIFF <br><br> DATE:     December 14, 2007 <br> TIME:     9:30 a.m. <br> CTRM:    A <br> MAGISTRATE JUDGE: Hon. John C. Spero |

MOTION TO DISMISS AND FOR COST BOND

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

Defendants EDWARD Z. BINE-STOCK, E & E STEEL TRADING, and E & E GROUP, LLC hereby move the Court for an Order Dismissing the Complaint in this action for Failure to State a Claim.  Defendants further move the Court for an Order requiring Plaintiff to post a Bond for Costs Defendants may incur in this action.

Defendants' Motion to Dismiss for Failure to State a Claim is brought pursuant to Federal Rules of Civil Procedure, Rules 12(b)(6) and 9, on the grounds that the Complaint fails to state facts sufficient to constitute a claim upon which relief may be granted.

1  Defendants further move the Court for an Order Compelling Plaintiffs to Post a Bond for Costs Defendants are likely to incur in this action.

Defendants' Motion for Order Compelling Plaintiffs to Post a Cost Bond, brought pursuant to the Court's inherent jurisdiction, is made on the grounds that Plaintiffs are non-citizens and non-residents of the United States who reside in India, and the Court must take reasonable measures to insure that costs that may be awarded to Defendants in this action will be paid.

These motions are based upon the grounds set forth herein, the Memorandum of Points and Authorities, the Declaration of Defendant Edward Z. Bine-Stock, Exhibits thereto, Request for Judicial Notice in support thereof, the pleadings records and papers on file herein, matters of which the Court may take judicial notice, and upon such other and further oral and documentary argument and evidence as may be presented at the hearing of these motions.

DATED: October 25, 2007

LAW OFFICES OF LOUIS SPITTERS

     /s/    LOUIS SPITTERS
LOUIS SPITTERS
Attorney for Defendants,
EDWARD Z. BINE-STOCK, Individually,
E & E STEEL TRADING and
E&E GROUP, LLC