#1407
LOUIS SPITTERS  - SBN 112064
LAW OFFICES OF LOUIS SPITTERS
96 North Third Street, Suite 500
San Jose, California  95112
(408) 293-0463


Attorneys for Defendants,
EDWARD Z. BINE-STOCK, Individually,
E & E STEEL TRADING, and
E & E GROUP, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| THIRU J. IMMANUEL AND IMMANUEL METAL CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD Z. BINE-STOCK, INDIVIDUALLY, E & E STEEL TRADING, and E & E GROUP, LLC,<br><br>Defendants. | Case No.  C 07 3402 JCS<br><br>REQUEST FOR JUDICIAL NOTICE ON PETITION TO ENFORCE PRE-LITIGATION MEDIATION AND ARBITRATION AGREEMENT AND FOR DISMISSAL OF ACTION; DECLARATION OF DEFENDANTS' COUNSEL IN SUPPORT THEREOF<br><br>DATE:         December 14, 2007<br>TIME:         9:30 a.m.<br>CTRM:        A<br>MAGISTRATE JUDGE: Hon. John C. Spero |

REQUEST FOR JUDICIAL NOTICE ON PETITION TO ENFORCE

MEDIATION AND ARBITRATION AGREEMENT

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE that on December 14, 2007 at 9:30 a.m. in Courtroom A of the United States District Court Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, San Francisco, California, before the Honorable John C. Spero, Magistrate Judge, Defendants EDWARD Z. BINE-STOCK, E & E STEEL TRADING, and E & E GROUP, LLC, at the hearing on their Petition to Enforce Pre-Litigation Mediation and Arbitration

Agreement and for Dismissal of this Action, request that the Court take judicial notice, pursuant to Federal Rules of Evidence, Rule 201, of the following documents.

    Exhibit B:    United State Department of State – List of Treaties In Force

    Exhibit C:    Convention on the Recognition and Enforcement of Foreign Arbitral Awards

DATED: October 25, 2007        LAW OFFICES OF LOUIS SPITTERS

        /s/    LOUIS SPITTERS
LOUIS SPITTERS
Attorney for Defendants,
EDWARD Z. BINE-STOCK, Individually,
E & E STEEL TRADING and
E&E GROUP, LLC

## DECLARATION OF DEFENDANT'S COUNSEL IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE

I, Louis Spitters, declare:

1. I am an attorney at law licensed to practice before all courts of the State of California and all Federal District Courts located in the State of California and the Ninth Circuit Court of Appeal. I am the attorney for Defendants Edward Z. Bine-Stock, E&E Steel Trading and E&E Group, LLC in this action. I have personal knowledge of the matters set forth herein. If called to testify, I could and would testify as to the truth of the facts set forth herein.

2. Attached hereon and marked as Exhibit B is a true and accurate copy of a portion of the United States Department of State List of Treaties in Force this declarant obtained from the U.S Department of State website, which identifies, in Section 2 of the List, a roster of multilateral agreements to which includes in relevant part the Convention on the Recognition and Enforcement of Foreign Arbitral Awards. The List identifies the countries of the United States and India as parties. The website directs one to the United Nations website to obtain the text of the Convention.

3. Attached hereto and marked as Exhibit C is a true and accurate copy of the Convention on the Recognition and Enforcement of Foreign Arbitral Awards obtained by this declarant from the United Nations website.

1 | I declare under penalty of perjury under the laws of the United States that the foregoing is
2 | true and correct and that this declaration is executed on October 25, 2007 at San Jose, California.

                                                   /s/     LOUIS SPITTERS
                                            LOUIS SPITTERS