#1407
LOUIS SPITTERS - SBN 112064
LAW OFFICES OF LOUIS SPITTERS
96 North Third Street, Suite 500
San Jose, California 95112
(408) 293-0463

Attorneys for Defendants,
EDWARD Z. BINE-STOCK, Individually,
E & E STEEL TRADING, and
E & E GROUP, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THIRU J. IMMANUEL AND IMMANUEL METAL CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD Z. BINE-STOCK, INDIVIDUALLY, E & E STEEL TRADING, and E & E GROUP, LLC,<br><br>Defendants. | Case No. C 07 3402 JCS<br><br>[Proposed] ORDER ON PETITION TO ENFORCE PRE-LITIGATION MEDIATION AND ARBITRATION AGREEMENT AND FOR DISMISSAL OF ACTION; OR ALTERNATIVELY MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM; AND MOTION FOR POSTING COST BOND BY PLAINTIFF<br><br>DATE: December 14, 2007<br>TIME: 9:30 a.m.<br>CTRM: A<br>MAGISTRATE JUDGE: Hon. John C. Spero |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

On December 14, 2007 at 9:30 a.m. in Courtroom A of the United States District Court Northern District of California, San Francisco Division, before the Honorable John C. Spero, Magistrate Judge, there came on regularly for hearing the Petition of Defendants EDWARD Z. BINE-STOCK, E & E STEEL TRADING, and E & E GROUP, LLC, to Enforce Pre-Litigation Mediation and Arbitration Agreement and for Dismissal of this Action, and Alternative Motion to Dismiss for Failure to State a Claim, and Motion for Order Compelling Plaintiff to Post Cost Bond.

1  Louis Spitters of the Law Offices of Louis Spitters appeared for Defendants and moving
2  parties EDWARD Z. BINE-STOCK, E & E STEEL TRADING, and E & E GROUP, LLC.
3  Edward Cano appeared for Plaintiffs Thiru J. Immanuel and Immanuel Metal Corporation.
4  The Court having reviewed and considered the moving papers, and all opposition and reply
5  papers submitted in support of and in opposition to the Petition and Motions, and having heard the
6  argument of counsel appearing, for good cause shown,
7  IT IS HEREBY ORDERED that:
8  1.    The Petition to Enforce Mediation and Arbitration Agreement of Defendants
9  EDWARD Z. BINE-STOCK, E & E STEEL TRADING, and E & E GROUP, LLC is hereby
10 granted, and this action is dismissed without prejudice.
11 2.    The Motion to Dismiss for Failure to State a Claim of Defendants EDWARD Z.
12 BINE-STOCK, E & E STEEL TRADING, and E & E GROUP, LLC is denied without prejudice as
13 moot due to the granting of Defendant's Petition.
14 3.    The Motion of Defendants EDWARD Z. BINE-STOCK, E & E STEEL TRADING,
15 and E & E GROUP, LLC for an Order Compelling Plaintiffs to Post a Cost Bond is granted, and
16 Plaintiff shall lodge with the court a Cost Bond issued by an admitted surety within the State of
17 California in the amount of $25,000 within fifteen (15) days of the date of service of this Order.
18 DATED:_____       _____
                                    HONORABLE JOHN C. SPERO
19                                  UNITED STATES MAGISTRATE JUDGE