Edward P. Cano
325 S. Flores
San Antonio, Texas 78204
Tel: (210) 223-1099
Fax: (210) 227-5353
edcanoattorney@sbcglobal.net
Texas State Bar No.: 03756700
Attorney for Plainitffs,
Thiru J. Immanuel and Immanuel
Metal Corporation

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO, CALIFORNIA DIVISION**

| | | |
|---|---|---|
| **THIRU J. IMMANUEL AND IMMANUEL METAL CORPORATION** | § | |
| **Plaintiffs** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. C-07-03402-JCS** |
| | § | |
| **EDWARD Z. BINE-STOCK, INDIVIDUALLY, E & E STEEL TRADING AND THE E& E GROUP, LLC** | § | |
| **Defendants** | § | |

**SECOND MOTION FOR EXTENSION OF TIME**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes, Thiru J. Immanuel and Immanuel Metal Corporation, Plaintiffs, and brings this Second Motion for Extension of Time in this case and would show as follows:

1. On October 1, 2007 this court made certain orders, including an order giving Plaintiff's Texas counsel to file and previously denied Motion for Pro Hac in this case.

2. Since October 1, 2007, Texas counsel for the Plaintiff as ascertained the identity of counsel for Defendants and there has been communication between the two, including conferring under Local Rule 16-8 ADR Local Rule 3-5, and FRCP 26(f).

3.  Texas counsel has found local San Francisco counsel, who has consented to appear in association with the undersigned counsel as local counsel and as required by this court as condition for considering a Motion Pro Hac Vice. However, funding the attorney fee retainer for Mr. Gray can not be made until Tuesday, October 30, 2007, after which Mr. Gray has agreed to make a formal appearance herein. The identity of local counsel, admitted to practice before this court, who will appear upon receipt of legal retainer is:

> Mr. Kevin Gray
> 650 California Street, 19th Floor
> San Francisco California 94108
> State Bar No. 142685
> e-mail: kgray@hfdclaw.com
> (415) 288-6600
> Fax (415) 288-6618

4.  The undersigned counsel request an extension of time of one week for all deadlines set forth in this court's order dated October 1, 2007 that is, an extension of time until November 2, 2007.

5.  This Motion is agreed to, and not opposed by opposing counsel.

6.  Counsel for the Plaintiffs request all such other and further relief to which he may be entitled, at law or equity

Respectfully submitted,

By: ___/s/_____
Edward P. Cano
State Bar No. 03756700
314 S. Flores
San Antonio, Texas 78204
(210) 223-1099 telephone
(210) 227-5353 facsimile
Attorney for Thiru J. Immanuel and Immanuel Metal Corporation

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 26, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to any and all parties of record.

                  /s/_____
                  Edward P. Cano

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO, CALIFORNIA DIVISION

| | | |
|---|---|---|
| THIRU J. IMMANUEL AND  <br>IMMANUEL METAL CORPORATION  <br>    Plaintiffs | § § § § | |
| vs. | § § | CIVIL ACTION NO. <u>C-07-03402-JCS</u> |
| EDWARD Z. BINE-STOCK,  <br>INDIVIDUALLY, E & E STEEL  <br>TRADING AND THE E& E  <br>GROUP, LLC  <br>    Defendants | § § § § § | |

## ORDER ON SECOND MOTION FOR EXTENSION

On this day came before the court to be heard the Second Motion for Extension, filed by Plaintiffs, Thiru J. Immanuel and Immanuel Metal Corporation. After considering the motion the court finds that it should be GRANTED.

**IT IS THEREFORE, ORDERED**, that all deadlines set forth and previously ordered On October 1, 2007 are hereby extended to November 2, 2007.

SIGNED this _____ day of _____, 2007.

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE