IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO, CALIFORNIA DIVISION

| | | |
|---|---|---|
| THIRU J. IMMANUEL AND IMMANUEL METAL CORPORATION<br>    Plaintiffs<br><br>vs.<br><br>EDWARD Z. BINE-STOCK, INDIVIDUALLY, E & E STEEL TRADING AND THE E& E GROUP, LLC<br>    Defendants | § § § § § § § § § § § § | CIVIL ACTION NO. **C-07-03402-JCS** |

## ORDER ON SECOND MOTION FOR EXTENSION

On this day came before the court to be heard the Second Motion for Extension, filed by Plaintiffs, Thiru J. Immanuel and Immanuel Metal Corporation. After considering the motion the court finds that it should be GRANTED.

**IT IS THEREFORE, ORDERED**, that all deadlines set forth and previously ordered On October 1, 2007 are hereby extended to November 2, 2007.

SIGNED this __30th__ day of __October__, 2007.

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE