UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRU J. IMMANUEL, ET AL., | No. C 07-03402 JCS |
| Plaintiff(s), | |
| v. | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND |
| EDWARD Z. BINE-STOCK, ET AL., | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| Defendant(s). | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 30, 2007

/s/ LOUIS SPITTERS
Signature

Counsel for DEFENDANTS
(Name or party or indicate "pro se")

EDWARD Z. BINE-STOCK
THE E & E GROUP, LLC
E & E STEEL TRADING