Edward P. Cano
325 S. Flores
San Antonio, Texas 78204
Tel: (210) 223-1099
Fax: (210) 227-5353
edcanoattorney@sbcglobal.net
Texas State Bar No.: 03756700
Attorney for Plainitffs,
Thiru J. Immanuel and Immanuel
Metal Corporation

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| THIRU J. IMMANUEL AND § <br> IMMANUEL METAL CORPORATION § <br>     **Plaintiffs** § <br> § <br> vs. § <br> § <br> EDWARD Z. BINE-STOCK, § <br> INDIVIDUALLY, E & E STEEL § <br> TRADING AND THE E& E § <br> GROUP, LLC § <br>     **Defendants** § | CIVIL ACTION NO. <u>C-07-03402-CW</u> |

## THIRD MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE JUDGE OF SAID COURT:**

    Now comes, Thiru J. Immanuel and Immanuel Metal Corporation, Plaintiffs, and brings this Third Motion for Extension of Time in this case and would show as follows:

    1.    Since October 1, 2007, Texas counsel for the Plaintiff as ascertained the identity of counsel for Defendants and there has been communication between the two, including conferring under Local Rule 16-8 ADR Local Rule 3-5, and FRCP 26(f).

    3.    Texas counsel has found local San Francisco counsel, who has consented to appear in association with the undersigned counsel as local counsel and as required by this court as condition for considering a Motion Pro Hac Vice. Mr. Gray has agreed to make a formal

appearance herein.  The identity of local counsel, admitted to practice before this court, who will appear:

    Mr. Kevin Gray
    650 California Street, 19th Floor
    San Francisco California 94108
    State Bar No. 142685
    e-mail: kgray@hfdclaw.com
    (415) 288-6600
    Fax (415) 288-6618

4.    The undersigned counsel request an extension of time of one week for the following deadlines set forth in this court's order dated October 1, 2007 that is, an extension of time until November 9, 2007 to comply with the following:

    Deadline to comply with local Rule 16-8 ADR local rule 3-5 and Federal Rule of Civil Procedue 26(f), by meeting and conferring regarding initial disclosures, early settlement, ADR process selection, and discovery plans; and filing a joint ADR certification and stipulation to ADR process.

    File a Rule 26(f) report, complete initial disclosures or state objections to such disclosures in the Rule 26(f) report, and file a joint case management conference statements.

5.    This Motion is agreed to, and not opposed by opposing counsel.

6.    Counsel for the Plaintiffs request all such other and further relief to which he may be entitled, at law or equity

    Respectfully submitted,

    By: ___/s/_____
    Edward P. Cano
    State Bar No. 03756700
    314 S. Flores
    San Antonio, Texas 78204
    (210) 223-1099 telephone
    (210) 227-5353 facsimile
    Attorney for Thiru J. Immanuel and Immanuel Metal Corporation

## CERTIFICATE OF SERVICE

      I hereby certify that on November 2, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to any and all parties of record.

                                         /s/_____
                                         Edward P. Cano

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| THIRU J. IMMANUEL AND<br>IMMANUEL METAL CORPORATION<br>    Plaintiffs<br><br>vs.<br><br>EDWARD Z. BINE-STOCK,<br>INDIVIDUALLY, E & E STEEL<br>TRADING AND THE E& E<br>GROUP, LLC<br>    Defendants | § § § § § § § § § § § § | CIVIL ACTION NO.  <u>C-07-03402-CW</u> |

**ORDER ON THIRD MOTION FOR EXTENSION**

On this day came before the court to be heard the Third Motion for Extension, filed by Plaintiffs, Thiru J. Immanuel and Immanuel Metal Corporation. After considering the motion the court finds that it should be GRANTED.

**IT IS THEREFORE, ORDERED**, that the following deadlines set forth and previously Ordered on October 1, 2007 are hereby extended to November 9, 2007.

> Deadline to comply with local Rule 16-8 ADR local rule 3-5 and Federal Rule of Civil Procedue 26(f), by meeting and conferring regarding initial disclosures, early settlement, ADR process selection, and discovery plans; and filing a joint ADR certification and stipulation to ADR process.

> File a Rule 26(f) report, complete initial disclosures or state objections to such disclosures in the Rule 26(f) report, and file a joint case management conference statements.

SIGNED this _____ day of _____, 2007.

                                                                              _____
                                                                              HONORABLE CLAUDIA WILKEN

Third Motion for Extension of Time                     4
Cause No. C 07 3402 CW

Third Motion for Extension of Time     5
Cause No. C 07 3402 CW