Edward P. Cano
325 S. Flores
San Antonio, Texas 78204
Tel: (210) 223-1099
Fax: (210) 227-5353
edcanoattorney@sbcglobal.net
Texas State Bar No.: 03756700
Attorney for Plainitffs,
Thiru J. Immanuel and Immanuel
Metal Corporation

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | | |
|---|---|---|
| **THIRU J. IMMANUEL AND** | § | |
| **IMMANUEL METAL CORPORATION** | § | |
| **Plaintiffs** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO.  C-07-03402-CW** |
| | § | |
| **EDWARD Z. BINE-STOCK,** | § | |
| **INDIVIDUALLY, E & E STEEL** | § | |
| **TRADING AND THE E& E** | § | |
| **GROUP, LLC** | § | |
| **Defendants** | § | |

## SECOND MOTION FOR PRO HOC VICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes, Thiru J. Immanuel and Immanuel Metal Corporation, Plaintiffs, by and through his requested counsel Edward P. Cano who files this Motion for Pro Hoc Vice and in support hereof would show the court as follows:

1.    Plaintiffs, have employed Edward P. Cano, the undersigned Attorney to assist the Plaintiffs in this cause and subject to court approval.

2.    Edward P. Cano has been a member in good standing in the United States District Court, Western District of Texas since October 13, 1987. Edward P. Cano also

was an annual member in good standing in the United States Court of Appeal, 5th

Circuit and has not been previously sanctioned, disciplined, or admonished by any

United States Court or United States Court of Appeals.

3.    I, Edward P. Cano agrees to abide by the Standards of Professional Conduct set

for in Civil L.R. 11-4, and will become familiar with the Local Rules and

Alternative Dispute Resolution Programs of this Court.

4.    Attorney, Kevin Gray, who is a member of this bar of this Court in good standing

and who maintains an office within the State of California, is designated as co-

counsel.

5.    Edward P. Cano request that the Honorable Judge Grant this Motion Pro Hoc

Vice as requested.

**WHEREFORE, PREMISES CONSIDERED,** Thiru J. Immanuel and Immanuel Metal

Corporation prays that the Court enter an order allowing Edward P. Cano to represent Plaintiffs

as retained counsel in this cause.


Respectfully submitted,



By:_ /s/_____
        Edward P. Cano
        State Bar No. 03756700
        325 S. Flores
        San Antonio, Texas 78204
        (210) 223-1099
        (210) 227-5353
        Attorney for Plaintiffs

## ACKNOWLEDGMENT OF SERVICE

I, certify that a true and correct copy of this Motion and it accompanying proposed Order will served with the Summons on each party in this case.

_/s/_____
Edward P. Cano, Attorney at Law

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | | |
|---|---|---|
| **THIRU J. IMMANUEL AND** | § | |
| **IMMANUEL METAL CORPORATION** | § | |
| **Plaintiffs** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO.  C-07-03402-CW** |
| | § | |
| **EDWARD Z. BINE-STOCK,** | § | |
| **INDIVIDUALLY, E & E STEEL** | § | |
| **TRADING AND THE E& E** | § | |
| **GROUP, LLC** | § | |
| **Defendants** | § | |

**ORDER GRANTING MOTION FOR PRO HOC VICE**

On this day came before the court to be considered the Second Motion for Pro Hoc Vice filed by Edward P. Cano.  After considering counsel's request, the court finds that the Motion for Pro Hoc Vice be granted.

It is therefore ORDERED, that the Motion for Pro Hoc Vice presented by Edward P. Cano is Granted and that said co-counsel, Kevin Gray be and is hereby permitted to represent Plaintiffs, Thiru J. Immanuel and Immanuel Metal Corporation,  in this cause  in the United States District Court, Northern District, San Francisco, California.

Signed on this _____ day of _____, 2007.

_____
HONORABLE CLAUDIA WILKEN