#1407
LOUIS SPITTERS - SBN 112064
LAW OFFICES OF LOUIS SPITTERS
96 North Third Street, Suite 500
San Jose, California 95112
(408) 293-0463


Attorneys for Defendants,
EDWARD Z. BINE-STOCK, Individually,
E & E STEEL TRADING, and
E & E GROUP, LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| THIRU J. IMMANUEL AND IMMANUEL METAL CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> EDWARD Z. BINE-STOCK, INDIVIDUALLY, E & E STEEL TRADING, and E & E GROUP, LLC, <br><br> Defendants. | Case No. C 07 3402 CW <br><br> **RENOTICE** OF HEARING ON PETITION AND PETITION TO ENFORCE PRE-LITIGATION MEDIATION AND ARBITRATION AGREEMENT; OR ALTERNATIVELY NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM; AND NOTICE OF MOTION AND MOTION FOR POSTING OF COST BOND BY PLAINTIFF <br><br> DATE: December 20, 2007 <br> TIME: 2:00 p.m. <br> CTRM: 2, 4th Floor <br> JUDGE: Hon. Claudia Wilken |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants' Notice of Hearing on Petition and Petition to Enforce Pre-litigation Mediation and Arbitration Agreement; or Alternatively Notice of Motion and Motion to Dismiss for Failure to State a Claim; and Notice of Motion and Motion for Posting of Cost Bond by Plaintiff, previously scheduled to commence on December 14, 2007, is hereby renoticed pursuant to the Court's Order of October 31, 2007 and shall be heard on December 20, 2007 at 2:00 p.m. in Courtroom 2, 4th Floor of the United States District Court Northern District

1 | of California, Oakland Division, located at 1301 Clay Street, Oakland, California, before the

2 | Honorable Claudia Wilken.

3 | DATED: November 6, 2007                    LAW OFFICES OF LOUIS SPITTERS

4 |                                             /s/    LOUIS SPITTERS
                                              LOUIS SPITTERS
5 |                                             Attorney for Defendants,
                                              EDWARD Z. BINE-STOCK, Individually,
6 |                                             E & E STEEL TRADING and
                                              E&E GROUP, LLC