1 | #1407
LOUIS SPITTERS - SBN 112064
2 | LAW OFFICES OF LOUIS SPITTERS
96 North Third Street, Suite 500
3 | San Jose, California  95112
(408) 293-0463
4 |

5 | Attorneys for Defendants,
EDWARD Z. BINE-STOCK, Individually,
6 | E & E STEEL TRADING, and
E & E GROUP, LLC

7 |

8 | **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
9 | **OAKLAND DIVISION**

10 |

11 | THIRU J. IMMANUEL AND IMMANUEL )   Case No.  C 07 3402 CW
     METAL CORPORATION,              )
12 |                                  )   [Proposed] ORDER ON PETITION TO
                     Plaintiffs,     )   ENFORCE PRE-LITIGATION MEDIATION
13 |                                  )   AND ARBITRATION AGREEMENT AND
     vs.                             )   FOR DISMISSAL OF ACTION;
14 |                                  )   OR ALTERNATIVELY
     EDWARD Z. BINE-STOCK,           )   MOTION TO DISMISS FOR FAILURE TO
15 | INDIVIDUALLY, E & E STEEL        )   STATE A CLAIM; AND MOTION FOR
     TRADING, and E & E GROUP, LLC,  )   POSTING COST BOND BY PLAINTIFF
16 |                                  )
                     Defendants.     )
17 |                                  )   DATE:    December 20, 2007
                                      )   TIME:    2:00 p.m.
18 |                                  )   CTRM:    2, 4th Floor
                                      )   JUDGE:   Hon. Claudia Wilken
19 |

20 | TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

21 |     On December 20, 2007 at 2:00 p.m. in Courtroom 2, 4th Floor of the United States District

22 | Court Northern District of California, Oakland Division, before the Honorable Claudia Wilken,

23 | there came on regularly for hearing the Petition of Defendants EDWARD Z. BINE-STOCK, E & E

24 | STEEL TRADING, and E & E GROUP, LLC, to Enforce Pre-Litigation Mediation and Arbitration

25 | Agreement and for Dismissal of this Action, and Alternative Motion to Dismiss for Failure to State

26 | a Claim, and Motion for Order Compelling Plaintiff to Post Cost Bond.

27 |

28 |

**ORDER ON PETITION TO ENFORCE MEDIATION/ARBITRATION AGREEMENT, etc.**          **PAGE 1**

1    Louis Spitters of the Law Offices of Louis Spitters appeared for Defendants and moving
2 parties EDWARD Z. BINE-STOCK, E & E STEEL TRADING, and E & E GROUP, LLC.
3    Edward Cano appeared for Plaintiffs Thiru J. Immanuel and Immanuel Metal Corporation.
4    The Court having reviewed and considered the moving papers, and all opposition and reply
5 papers submitted in support of and in opposition to the Petition and Motions, and having heard the
6 argument of counsel appearing, for good cause shown,
7    IT IS HEREBY ORDERED that:
8    1.    The Petition to Enforce Mediation and Arbitration Agreement of Defendants
9 EDWARD Z. BINE-STOCK, E & E STEEL TRADING, and E & E GROUP, LLC is hereby
10 granted, and this action is dismissed without prejudice.
11    2.    The Motion to Dismiss for Failure to State a Claim of Defendants EDWARD Z.
12 BINE-STOCK, E & E STEEL TRADING, and E & E GROUP, LLC is denied without prejudice as
13 moot due to the granting of Defendant's Petition.
14    3.    The Motion of Defendants EDWARD Z. BINE-STOCK, E & E STEEL TRADING,
15 and E & E GROUP, LLC for an Order Compelling Plaintiffs to Post a Cost Bond is granted, and
16 Plaintiff shall lodge with the court a Cost Bond issued by an admitted surety within the State of
17 California in the amount of $25,000 within fifteen (15) days of the date of service of this Order.
18 DATED:_____                _____
                                              HONORABLE CLAUDIA WILKEN
19                                            UNITED STATES JUDGE