**FILED**

NOV 3 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| THIRU J. IMMANUEL AND | § | |
| IMMANUEL METAL CORPORATION | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. C-07-03402-CW |
| | § | |
| EDWARD Z. BINE-STOCK, | § | |
| INDIVIDUALLY, E & E STEEL | § | |
| TRADING AND THE E& E | § | |
| GROUP, LLC | § | |
| Defendants | § | |

## ORDER GRANTING MOTION FOR PRO HOC VICE

On this day came before the court to be considered the Second Motion for Pro Hoc Vice

filed by Edward P. Cano.  After considering counsel's request, the court finds that the Motion for

Pro Hoc Vice be granted.

It is therefore ORDERED, that the Motion for Pro Hoc Vice presented by Edward P.

Cano is Granted and that said co-counsel, Kevin Gray be and is hereby permitted to represent

Plaintiffs, Thiru J. Immanuel and Immanuel Metal Corporation,  in this cause  in the United

States District Court, Northern District, San Francisco, California.

Signed on this 30 day of Nov., 2007.

HONORABLE CLAUDIA WILKEN

Motion for Pro Hac Vice                    4
Cause No. C-0703402-CW