#1407
LOUIS SPITTERS  - SBN 112064
LAW OFFICES OF LOUIS SPITTERS
96 North Third Street, Suite 500
San Jose, California  95112
(408) 293-0463

Attorneys for Defendants,
EDWARD Z. BINE-STOCK,
INDIVIDUALLY, E & E STEEL
TRADING AND THE E & E
GROUP, LLC

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND, CALIFORNIA DIVISION

| | |
|---|---|
| THIRU J. IMMANUEL AND IMMANUEL METAL CORPORATION, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>EDWARD Z. BINE-STOCK, INDIVIDUALLY, E & E STEEL TRADING, and E & E GROUP, LLC, )<br><br>Defendants. ) | Case No.  C 07 3402 CW<br><br>**NOTICE OF NON-OPPOSITION TO PETITION TO ENFORCE PRE-LITIGATION MEDIATION AND ARBITRATION AGREEMENT AND FOR DISMISSAL OF ACTION; OR ALTERNATIVE MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM; AND MOTION FOR COST BOND**<br><br>DATE:      December 20, 2007<br>TIME:      2:00 p.m.<br>CTRM:     2, 4th Floor<br>JUDGE:    Hon. Claudia Wilken |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants EDWARD Z. BINE-STOCK,

INDIVIDUALLY, E & E STEEL TRADING, and E & E GROUP, LLC have received no timely

opposition to its Notice of Hearing on Petition and Petition to Enforce Pre-litigation Mediation and

Arbitration Agreement; or Alternatively Notice and Motion and Motion to Dismiss for Failure to

State a Claim; and Notice of Motion and Motion for Posting of Cost Bond by Plaintiff, scheduled

for hearing on December 20, 2007 at 2:00 p.m. in Courtroom 2, 4th Floor of the United States

District Court, Northern District, Oakland Division.  Defendants therefore object to the submission

1   of or the Court's consideration of any untimely filed or served opposition pursuant to United States

2   District Court, Northern District of California, Local Rule 7-3(a), (b).

3                                                           Respectfully submitted,

4   DATED: December 4, 2007                                 LAW OFFICES OF LOUIS SPITTERS

5                                                   _____/s/_____LOUIS SPITTERS_____
                                                            LOUIS SPITTERS
6                                                           Attorney for Defendants,
                                                            EDWARD Z. BINE-STOCK, Individually,
7                                                           E & E STEEL TRADING and
                                                            E&E GROUP, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF NON-OPPOSITION**                                                          **PAGE 2**