Edward P. Cano
325 S. Flores
San Antonio, Texas 78204
Tel: (210) 223-1099
Fax: (210) 227-5353
edcanoattorney@sbcglobal.net
Texas State Bar No.: 03756700
Attorney for Plainitffs,
Thiru J. Immanuel and Immanuel
Metal Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| THIRU J. IMMANUEL AND §<br>IMMANUEL METAL CORPORATION §<br>    **Plaintiffs** §<br>§<br>vs. §<br>§<br>EDWARD Z. BINE-STOCK, §<br>INDIVIDUALLY, E & E STEEL §<br>TRADING AND THE E& E §<br>GROUP, LLC §<br>    **Defendants** § | CIVIL ACTION NO. <u>C-07-03402-CW</u> |

**THIRD MOTION FOR EXTENSION OF TIME**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes, Thiru J. Immanuel and Immanuel Metal Corporation, Plaintiffs, and brings this Third Motion for Extension of Time in this case and would show as follows:

1.  Since October 1, 2007, Texas counsel for the Plaintiff has identified local counsel and is the process of submitting association of counsel, and awaiting ruling Motion for Pro Hac Vice.

2.  Counsel for both the Plaintiffs and Defendants agree to stipulate to an Order extending the compliance date with the orders to a date after the hearing on the Motions previously filed by the Defendant. The hearing for said Motions is set for

1

December 20, 2007 at 2:00p.m., an extension of time until January 8, 2008 to comply with the following:

>  Deadline to comply with local Rule 16-8 ADR local rule 3-5 and Federal Rule of Civil Procedue 26(f), by meeting and conferring regarding initial disclosures, early settlement, ADR process selection, and discovery plans; and filing a joint ADR certification and stipulation to ADR process.
>
> File a Rule 26(f) report, complete initial disclosures or state objections to such disclosures in the Rule 26(f) report, and file a joint case management conference statements.

3.  This Motion is agreed to, and not opposed by opposing counsel and is of course subject to this Court granting counsels Motion for Pro Hac Vice.

4.  Counsel for the Plaintiffs request all such other and further relief to which he may be entitled, at law or equity.

                                            Respectfully submitted,

                                            By:
                                            ___/s/_____
                                            Edward P. Cano
                                            State Bar No. 03756700
                                            325 S. Flores
                                            San Antonio, Texas 78204
                                            (210) 223-1099 telephone
                                            (210) 227-5353 facsimile
                                            Attorney for Thiru J. Immanuel and
                                            Immanuel
                                            Metal Corporation

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 9, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to any and all parties of record.

/s/_____
Edward P. Cano

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| THIRU J. IMMANUEL AND §<br>IMMANUEL METAL CORPORATION §<br>    Plaintiffs §<br>§<br>vs. §<br>§<br>EDWARD Z. BINE-STOCK, §<br>INDIVIDUALLY, E & E STEEL §<br>TRADING AND THE E& E §<br>GROUP, LLC §<br>    Defendants § | CIVIL ACTION NO. C-07-03402-CW |

**ORDER ON THIRD MOTION FOR EXTENSION**

On this day came before the court to be heard the Third Motion for Extension, filed by Plaintiffs, Thiru J. Immanuel and Immanuel Metal Corporation. After considering the motion the court finds that it should be GRANTED.

**IT IS THEREFORE, ORDERED**, that the following deadlines set forth and previously Ordered on October 1, 2007 are hereby extended to a January 8, 2008.

    Deadline to comply with local Rule 16-8 ADR local rule 3-5 and Federal Rule of Civil Procedue 26(f), by meeting and conferring regarding initial disclosures, early settlement, ADR process selection, and discovery plans; and filing a joint ADR certification and stipulation to ADR process.

    File a Rule 26(f) report, complete initial disclosures or state objections to such disclosures in the Rule 26(f) report, and file a joint case management conference statements.

SIGNED this \_\_6th\_\_ day of \_\_Dec.\_\_, 2007.

_____
HONORABLE CLAUDIA WILKEN

4