Edward P. Cano
325 S. Flores
San Antonio, Texas 78204
Tel: (210) 223-1099
Fax: (210) 227-5353
edcanoattorney@sbcglobal.net
Texas State Bar No.: 03756700
Attorney for Plainitffs,
Thiru J. Immanuel and Immanuel
Metal Corporation

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND, CALIFORNIA DIVISION

| | |
|---|---|
| THIRU J. IMMANUEL AND IMMANUEL METAL CORPORATION, <br>             Plaintiffs, <br><br> vs. <br><br> EDWARD Z. BINE-STOCK, <br> INDIVIDUALLY, E & E STEEL TRADING, <br> and E & E GROUP, L.L.C. <br>             Defendants | Case No. C 07 3402 CW |

MOTION FOR CONTINUANCE AND TO
CHANGE TIME UNDER FRCP 56 (f) AND LOCAL RULE  6-3

**TO THE HONORABLE JUDGE OF SAID COURT**:

**COMES NOW**, the Plaintiffs in the above styled and numbered case who file this Motion for Continuance and Motion to Change Time under Federal Rules of Civil Procedure 56(f) and Local Administrative Rules of Court 6-3 for continuance and modification of this court's prior order for setting and hearing of the Defendant's Petition to Enforce Pre-Litigation Mediation and Arbitration Agreement, or alternatively, Motion to Dismiss for Failure to State a Claim and for Posting of Cost Bond  currently scheduled for December 20, 2007, and in support hereof would show the court as follows:

1. On the 30th day of November, 2007, this court set a Case Management Conference and hearing on Defendants' Petition to Enforce Pre-Litigation Mediation and Arbitration Agreement or Alternatively Motion to Dismiss for Failure to State a Claim and Motion for Posting a Cost Bond for December 20, 2007 at 2:00 p.m.

2. On the 9th day of November, 2007, under document No. 31 the undersigned counsel has described the experiences resulting in delay in joining parties to this case.

3. This case with consent of the undersigned counsel was originally assigned to a magistrate judge, together with his pending Motion for Pro Hac Vice. Within time constrains ordered by the U.S. assigned Magistrate Judge, the undersigned counsel, identified local counsel who consented to be associated with this Texas lawyer.

4. Almost simultaneously, the Defendants objected to the assignment to the appointed U.S. Magistrate Judge, which mandated transfer to this court, and Defendants also filed a Petition to Enforce Pre-Litigation Mediation and Arbitration Agreement, or alternatively, Motion to Dismiss for Failure to State a Claim and for Posting of Cost Bond. The pending Motion for Pro Hac Vice remained dangling and was necessarily pushed for this court to be later identified, then afterward, answered.

5. During this limbo period, the legal authority and certainly the conscientious and respectful risk to the uniform standards of ethics and expectations of counsel in federal courts prevented the undersigned counsel's ability to effectively and actively respond to matters otherwise required by order and local rules. There was simply no judicial permission to do so.

6. On Friday, November 30, 2007, this Court granted counsel's Motion for Pro Hac Vice which counsel was unable to know intelligently of until Monday, December 3, 2007. The next day,

on December 3, 2007, counsel received a Notice of Non-Opposition to Petition to Enforce Pre-Litigation Mediation and Arbitration Agreement and for Dismissal of Action; or Alternative Motion to Dismiss for Failure to State a Claim and a Motion for Cost Bond from counsel for Defendants.

7. Given the formal inability to practice law in this case before November 30, 2007, the undersigned counsel will need additional time to consider and address the pending Motions and matters set before this court on November 20, 2007.

8. The undersigned counsel sent the attached letter to opposing counsel which further delineates additional described reasonable reasons why the hearing and matters set for November 20, 2007 should best be reset.

9. The undersigned counsel attempted to contact opposing counsel by telephone on December 6, 2007 and was not able to ascertain whether this Motion is opposed.

10. Therefore a Continuance is requested for a period at least 30 days from December 20, 2007.

Respectfully submitted,

By: /s/_____
Edward P. Cano
State Bar No. 03756700
325 S. Flores
San Antonio, Texas 78204
(210) 223-1099 telephone
(210) 227-5353 facsimile
Attorney for Thiru J. Immanuel and
Immanuel
Metal Corporation

## CERTIFICATE OF SERVICE

      I hereby certify that on December 7, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to any and all parties of record.

                                  /s/_____
                                  Edward P. Cano

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| THIRU J. IMMANUEL AND **IMMANUEL METAL CORPORATION** Plaintiffs | § § § § |
| vs. | §  CIVIL ACTION NO. C-07-03402-CW § |
| **EDWARD Z. BINE-STOCK, INDIVIDUALLY, E & E STEEL TRADING AND THE E& E GROUP, LLC** Defendants | § § § § § |

**ORDER ON MOTION FOR CONTINUANCE AND TO
CHANGE TIME UNDER FRCP 56 (f) AND LOCAL RULE  6-3**

On this day came before the court the Motion for Continuance and to Change Time Under FRCP 56(f) and L.R. 6-3, filed by Plaintiffs, Thiru J. Immanuel and Immanuel Metal Corporation.  After considering the motion the court finds that it should be GRANTED.

**IT IS THEREFORE, ORDERED**, that the Case Management Conference and a Hearing on Defendant's Petition to Enforce Pre-Litigation Mediation and Arbitration Agreement and for Dismissal of Action; or Alternative Motion to Dismiss for Failure to State a Claim and a Motion for Cost Bond is RE-SET to ___ day of _____, 2007 at _____ m.

SIGNED this _____ day of _____, 2007.

_____
HONORABLE CLAUDIA WILKEN