**EDWARD P. CANO**
**ATTORNEY AT LAW**
**325 S. FLORES**
**SAN ANTONIO, TEXAS 78204**
**(210) 223-1099**
**(210) 227-5353**
e-mail: **edcanoattorney@sbcglobal.com**

BOARD CERTIFIED CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

Mr. Louis Spitters
Attorney at Law
96 North Third Street, Suite 500
San Jose, California 95112

      Re:  Immanuel Metal Corp. v. Edward Z. Bine-Stock, et. al.
         Case No.  C 07-03402 CW; United States District Court
         <u>Northern District of California, Oakland Division</u>

Dear Mr. Spitters:

      On Friday, November 30, 2007, Judge Wilken signed my Motion for Pro Hac Vice, which I, due to my unavailability, did not receive until Monday, December 3, 2007.

      Mr. Kevin Gray, Esquire, concomitant with the court's granting of my Motion Pro Hac Vice is submitting association of local counsel documentation.

      On Tuesday, December 4, 2007, I received by e-mail your filed notice indicating that since no formal response to you pending Motions set for December 20, 2007 was filed or received, that you object to a later submission of such a response.

      Pretrial matters which, by local rules require adherence by all parties to confer and submit and report on matters so required have been shapelessly attempted to be complied with by all counsel in this case, but difficult in light of the fact that this case was transferred, hence, a gap of time existed during the journey of this case  from a magistrate judge to the now identified assigned presiding district judge.  All the while, until last Friday, my Motion for Pro Hac Vice for permission for me to have authority to practice in this court in this case, was unresolved.

      Although in your previous letter(s) to me have been reasonable in providing time limits to respond to the matters therein contained, I did not feel comfortable, nor did I believe it to be undubiously professionally ethical to engage in my full duties knowing that the court had not granted my Motion for Pro Hac Vice.   I certainly did not have the court's consent during this time period to practice law in this case and I felt that I was already at or approaching the out margin of what a court might think would be crossing the line in this regard.

2

      Now that all parties are joined, the court has granted my Motion for Pro Hac Vice, and formal association of local counsel is made, and considering the history of circumstances, I think it is prudent and judicially efficient that we try to agree to some proposed Motion and Order to these proceedings, in the future.

      Therefore, I request your position on a Motion for Continuance for the hearing set for December 20, 2007 and your position whether or not the Motion for Continuance is granted, on my Motion for leave to respond to any Motion or matter set for December 20, 2007. As the main basis for my Motions, I intend to inform the court of the above and foregoing. During this period I will respond formally and in writing to issues raised in your previous correspondence to me which necessarily will compel me to confer with local counsel as to aspects of State law which may affect the decision making on our part.

      Thank you for your attention.

                                            Respectfully,


                                            Eddie Cano
                                            Attorney at Law


cc:  client
      Kevin Gray, Esquire