**LAW OFFICES OF LOUIS SPITTERS**
96 North Third Street, Suite 500
San Jose, California 95112
Telephone: (408) 293-0463
Facsimile: (408) 293-9514
Email: spitlaw@earthlink.net

**FACSIMILE COVER SHEET**

| | | |
|---|---|---|
| **TO:** | EDWARD P. CANO | FAX NO.:210.227.5353 |
| | | PH. NO.:210.227.1099 |
| **COPY TO:** | KEVIN J. GRAY | FAX NO.:415.288.6618 |
| | | PH. NO.:415.288.6600 |
| **FROM:** | LOUIS SPITTERS | |
| **DATE:** | December 7, 2007 | |
| **RE:** | **Immanuel Metal Corp. v Bine-Stock, et al.** | |
| | Our File No: 1407 | |

**NO. PAGES (including cover sheet):    3**

Dear Counsel:

      On October 29, 2007 I forwarded to Mr. Cano a letter pursuant to Rule 11 (a copy of which is attached) requesting that he dismiss the RICO claims against my clients and dismiss all defendants except E&E Group, LLC. I have yet to receive any response to this letter, other than phone messages from Mr. Cano's office stating he was "working on" a response. More than 21 days have elapsed since my request pursuant to Rule 11. I would very much appreciate receiving a dismissal of the RICO action as requested in the letter, or an explanation of why Plaintiff is not willing to comply with the requests set forth in the letter. I will defer filing a Rule 11 motion for one week. I look forward to hearing from you before then.

      Thank you for your continuing courtesy and cooperation in this matter.

Sincerely,
-------/s/ LOUIS SPITTERS
Louis Spitters

If this FAX is incomplete or difficult to read, please call (408) 293-0463.

CONFIDENTIALITY NOTICE

The documents accompanying this facsimile transmission contain confidential information belonging tot the sender which is legally privileged. The information is intended only for the use of the individuals or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile information is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone or arrange for the return of the original document to us.

**EXHIBIT "A"**
