1  #1407
LOUIS SPITTERS - SBN 112064
2  LAW OFFICES OF LOUIS SPITTERS
96 North Third Street, Suite 500
3  San Jose, California  95112
(408) 293-0463
4

5  Attorneys for Defendants,
EDWARD Z. BINE-STOCK,
6  INDIVIDUALLY, E & E STEEL
TRADING AND THE E & E
7  GROUP, LLC

# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND, CALIFORNIA DIVISION

| | |
|---|---|
| THIRU J. IMMANUEL AND IMMANUEL METAL CORPORATION, | Case No.  C 07 3402 CW |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| vs. | |
| EDWARD Z. BINE-STOCK, INDIVIDUALLY, E & E STEEL TRADING, and E & E GROUP, LLC, | |
| Defendants. | |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

I certify and declare as follows:

I am over the age of 18 years, and not a party to this action.  My business address is 96 North Third Street, Suite 500, San Jose, California 95112, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

1. On December 10, 2007, at my place of business at 96 North Third Street, Suite 500, San Jose, California, (a copy of the attached/the following document): **DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO CONTINUE PETITION AND MOTIONS SCHEDULED FOR HEARING ON DECEMBER 20, 2007; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF DEFENDANTS' COUNSEL BOND** was deposited in the United States Postal Service in a sealed envelope, with postage fully prepaid, addressed to:

Kevin Gray
650 California St., 19th Fl.
San Francisco, CA  94108
415.288.6600 / 415.288.6618 Fax
**Attorney for Plaintiffs**

and the envelope was placed for collection and mailing on that date following ordinary business practices.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 10, 2007               /s/   SALLY WALLACE
                                                  SALLY WALLACE

**CERTIFICATE OF SERVICE**                                                              **PAGE 2**