IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRU J. IMMANUEL, and IMMANUEL METAL CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDWARD Z. BINE-STOCK, E & E STEEL TRADING, and E & E GROUP, LLC,<br><br>    Defendants.<br>_____/ | Nos. C 07-3402 CW<br><br>SCHEDULING ORDER |

On November 7, 2007, Defendants re-noticed their petition to enforce a pre-litigation mediation and arbitration agreement, an alternative motion to dismiss for failure to state a claim and an independent motion to require Plaintiffs to post a cost bond.[1] Plaintiffs' opposition to the petition and motions was due on November 29, 2007. On December 7, 2007, Plaintiffs' counsel filed a motion seeking to continue hearing on Defendants' motions for at least thirty days.[2] Plaintiffs' counsel states that the need for this continuance is based on a delay in consideration of his motion

---

[1] The matters had originally been filed on October 25, 2007, when the case was assigned to a magistrate judge.

[2] Plaintiffs incorrectly move pursuant to Federal Rule of Civil Procedure 56(f).

for pro hac vice status. The Court notes that much of the delay is attributable to counsel's failure to find local counsel until three months after filing the complaint in this case. However, in the interest of justice, the Court will allow Plaintiffs an opportunity to oppose the motions. Plaintiffs' opposition shall be filed by December 14, 2007. Any reply shall be filed by December 21, 2007. Unless they are earlier decided on the papers, the motions will be heard on January 10, 2008.

The deadlines to comply with Local Rule 16-8, ADR local rule 3-5 and Federal Rule of Civil Procedue 26(f) are extended to January 22, 2008. A case management conference will be held on January 29, 2008. Pursuant to Civil L.R. 16-9(a), a joint Case Management Statement will be due seven (7) days prior to the conference.

The motions hearing and case management conference currently scheduled for December 20, 2007 are hereby vacated.

IT IS SO ORDERED.

Dated: 12/11/07

CLAUDIA WILKEN
United States District Judge