Edward P. Cano
325 S. Flores
San Antonio, Texas 78204
Tel: (210) 223-1099
Fax: (210) 227-5353
edcanoattorney@sbcglobal.net
Texas State Bar No.: 03756700
Attorney for Plainitffs,
Thiru J. Immanuel and Immanuel
Metal Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| **THIRU J. IMMANUEL AND** | § | |
| **IMMANUEL METAL CORPORATION** | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. C-07-03402-CW |
| | § | |
| **EDWARD Z. BINE-STOCK,** | § | |
| **INDIVIDUALLY, E & E STEEL** | § | |
| **TRADING AND THE E& E** | § | |
| **GROUP, LLC** | § | |
| Defendants | § | |

**RESPONSE TO DEFENDANTS' PETITION TO ENFORCE PRE-LITIGATION MEDIATION AND ARBITRATION AGREEMENT AND FOR DISMISSAL OF ACTION; AND ALTERNATIVELY, MOTION TO DISMISS FOR <u>FAILURE TO STATE A CLAIM AND FOR POSTING COST BOND</u>**

**TO THE HONORABLE JUDGE OF SAID COURT**:

**COMES NOW**, the Plaintiffs in the above styled and numbered case who file this Response to the Defendants' Petition to Enforce Pre-Litigation Mediation and Arbitration Agreement and for Dismissal of Action; and Alternatively, Motion to Dismiss for Failure to State a Claim and for Posting Bond and would show as follows:

Response to Defendants' Petition to Enforce Pre-Litigation Mediation and Arbitration
Agreement and for Dismissal of Action
Cause No. C-0703402-CW

1.  Pending before this court is the Defendants' Petition to Enforce Pre-Litigation Mediation and Arbitration Agreement and for Dismissal of Action; and Alternatively, Motion to Dismiss for Failure to State a Claim and for Posting Bond.

2.  The Plaintiff is in agreement with the Defendants' Petition to Enforce Pre-Litigation Mediation and Arbitration Agreement [See attached Exhibit].  Since the balance of the Defendants' request for relief is alternatively plead, such as the Defendants' Rule 12(b) Motion to Dismiss, and for Cost Bond, same are moot.

3.  Therefore, Plaintiffs' request that the court grant relief consistent with an enforcement of pre-litigation Mediation and/or Arbitration.

Wherefore Premises Considered, Plaintiffs request that relief consistent herewith be granted.

Respectfully submitted,

By: /s/_____
Edward P. Cano
State Bar No. 03756700
325 S. Flores
San Antonio, Texas 78204
(210) 223-1099
(210) 227-5353
Attorney for Plaintiffs

**ACKNOWLEDGMENT OF SERVICE**

I, certify that a true and correct copy of this Motion and it accompanying proposed Order will served with the Summons on each party in this case.

/s/_____
Edward P. Cano, Attorney at Law

Response to Defendants' Petition to Enforce 2 Pre-Litigation Mediation and Arbitration Agreement and for Dismissal of Action
Cause No. C-0703402-CW