#1407
LOUIS SPITTERS - SBN 112064
LAW OFFICES OF LOUIS SPITTERS
96 North Third Street, Suite 500
San Jose, California 95112
(408) 293-0463

Attorneys for Defendants,
EDWARD Z. BINE-STOCK, Individually,
E & E STEEL TRADING and
E & E GROUP, LLC

**"CHAMBERS COPY"**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| THIRU J. IMMANUEL AND IMMANUEL METAL CORPORATION,<br><br>    Plaintiffs,<br><br>vs.<br><br>EDWARD Z. BINE-STOCK, INDIVIDUALLY, E & E STEEL TRADING, and E & E GROUP, LLC,<br><br>    Defendants. | Case No. C 07 3402 CW<br><br>DEFENDANTS' REPLY BRIEF ON PETITION TO ENFORCE PRE-LITIGATION MEDIATION AND ARBITRATION AGREEMENT AND FOR DISMISSAL OF ACTION; AND IN SUPPORT OF ALTERNATIVE MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND FOR POSTING COST BOND BY PLAINTIFF<br><br>DATE:   January 10, 2008<br>TIME:   2:00 p.m.<br>CTRM:   2, 4th Floor<br>JUDGE:  Hon. Claudia Wilken |

REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PETITION TO ENFORCE MEDIATION AND ARBITRATION AGREEMENT
AND MOTION TO DISMISS AND FOR POSTING OF COST BOND

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Defendants EDWARD Z. BINE-STOCK, E & E STEEL TRADING, and E & E GROUP, LLC, respectfully submit the following Reply Memorandum of Points and Authorities in support of their Petition to Enforce Pre-Litigation Mediation and Arbitration Agreement and for Dismissal of this Action, and in support of Defendants' Motions to Dismiss for Failure to State a Claim, and for Order Compelling Plaintiffs to Post a Cost Bond.

**REPLY BRIEF ON PETITION TO ENFORCE MEDIATION AGREEMENT, etc.**    **Page 1**

| | | |
|---|---|---|
| DATED: December 21, 2007 | | LAW OFFICES OF LOUIS SPITTERS |
| | | /s/   LOUIS SPITTERS |
| | | LOUIS SPITTERS |
| | | Attorney for Defendants, |
| | | EDWARD Z. BINE-STOCK, Individually, |
| | | E & E STEEL TRADING and |
| | | E&E GROUP, LLC |

I

THE COURT MUST GRANT THE PETITION TO ENFORCE THE PARTIES' MEDIATION AND ARBITRATION AGREEMENT AND DISMISS THE ACTION

Plaintiffs's Response to the Petition to Enforce the Pre-Litigation Mediation and Arbitration agreement set forth in the parties' contract acknowledges and concurs that the Petition should be granted. The Court should therefore award the relief requested on the Petition.

Where, as here, Defendants have petitioned the court to enforce the parties' arbitration agreement, pursuant to the Federal Arbitration Act (9 U.S.C. Section 4), the Court must order the parties to proceed to arbitration, but only in accordance with the terms of their agreement. See, <u>Dean Witter Reynolds, Inc.</u>, Byrd, 470 U.S. 213, 218, 105 S.Ct. 1238, 84 L.Ed.2d 158 (1985). The parties' **Pre**-Litigation Mediation and Arbitration agreement by its unambiguous terms provides that the parties shall attempt to resolve their dispute through Mediation and Arbitration **prior** to the commencement of any litigation. The Court should properly be enforced this agreement by granting the relief requested on the Petition, and order the dismissal of this action, without prejudice. See, <u>Comedy Club, Inc. v Improv West Associates</u>, ___ F.3d ___ (No. 05-55739; 9thCir. 09/07/2007) (see, section II of opinion, approving district court order compelling arbitration and dismissing pending action).

II

ALTERNATIVELY, THE ACTION MUST BE DISMISSED UNDER RULE 12(b)(6).

Upon the granting of the Petition and dismissal of the action, Defendants will acknowledge that the alternative motion to dismiss under Rule 12(b)(6) is thereby rendered moot. If however the action is not dismissed, the Court should grant the Defendant's motion to dismiss the civil RICO, with prejudice, as requested on the motion. For the reasons more fully explained in the

1  moving papers, Plaintiff's purported civil RICO action does not state and cannot in good faith be
2  amended to state a claim under the RICO statute (18 U.S.C. Section 1962).  Most notably, no
3  RICO claim may be alleged, where, as here, the parties' dealings involve a single transaction.  See,
4  <u>Medallion Television Enterprises v SelecTV</u>, 833 F.2d 1360, 1364 (9thCir.1987) (where plaintiff
5  alleged that defendant performed various acts directed toward the commission of a single
6  fraudulent inducement to enter a contract, no pattern of racketeering activity existed). Moreover,
7  Plaintiffs have undertaken no effort to oppose the motion.
8       Thus, if for any reason the action is not dismissed upon the granting of the Petition, the
9  Court should grant Defendants' Rule 12(b)(6) motion, with prejudice.  See, <u>Reddy v Litton</u>
10 <u>Industries, Inc.</u>, 912 F.2d 291, 296 (9thCir. 1990).  If Plaintiffs believe a claim for relief may be
11 stated, they may seek leave to amend on a different claim or theory of recovery at a time appointed
12 by the Court.

13                                     III

14      IF THE ACTION IS NOT DISMISSED, A COST BOND MUST BE POSTED

15      Similarly, if the action is dismissed upon the granting of the Petition, the Motion for
16 Posting of a Cost Bond by Plaintiffs will be rendered moot.  If for any reason the action is not
17 dismissed, the Court should order Plaintiffs to post a cost bond for the reasons expressed in the
18 moving papers.  See, <u>Simulnet East Associates v Ramada Hotel Operating Co.</u>, 37 F.3d 573, 576
19 (9th Cir. 1994) (foreign plaintiff's lack of local assets and defendant's likelihood of prevailing
20 warrants order for posting cost bond by plaintiff).  This result should obtain especially where
21 Plaintiffs have mounted no opposition to the motion.

22                                     IV

23                               CONCLUSION

24      Therefore, Defendants EDWARD Z. BINE-STOCK, E & E STEEL TRADING, and E & E
25 GROUP, LLC respectfully requests that the Court grant the Petition to Enforce Mediation and
26 Arbitration Agreement, or Alternatively grant Defendants' Motion to Dismiss and their Motion to
27 Compel Plaintiffs to post a Cost Bond.  A modified proposed order is respectfully submitted
28 herewith.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | DATED: December 21, 2007 | LAW OFFICES OF LOUIS SPITTERS |
| 3 | |       /s/    LOUIS SPITTERS |
| 4 | | LOUIS SPITTERS<br>Attorney for Defendants,<br>EDWARD Z. BINE-STOCK, Individually, |
| 5 | | E & E STEEL TRADING and<br>E&E GROUP, LLC |

**REPLY BRIEF ON PETITION TO ENFORCE MEDIATION AGREEMENT, etc.**                               **Page 4**