#1407
LOUIS SPITTERS - SBN 112064
LAW OFFICES OF LOUIS SPITTERS
96 North Third Street, Suite 500
San Jose, California  95112
(408) 293-0463


Attorneys for Defendants,
EDWARD Z. BINE-STOCK, Individually,
E & E STEEL TRADING, and
E & E GROUP, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| THIRU J. IMMANUEL AND IMMANUEL METAL CORPORATION,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>EDWARD Z. BINE-STOCK, INDIVIDUALLY, E & E STEEL TRADING, and E & E GROUP, LLC,<br><br>　　　　　　Defendants. | Case No.  C 07 3402 CW<br><br>[Proposed] ORDER ON PETITION TO ENFORCE PRE-LITIGATION MEDIATION AND ARBITRATION AGREEMENT AND FOR DISMISSAL OF ACTION; OR ALTERNATIVELY MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM; AND MOTION FOR POSTING COST BOND BY PLAINTIFF<br><br>DATE:　　January 10, 2008<br>TIME:　　2:00 p.m.<br>CTRM:　　2, 4th Floor<br>JUDGE:　　Hon. Claudia Wilken |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

　　On January 10, 2008 at 2:00 p.m. in Courtroom 2 of the United States District Court, Northern District of California, Oakland Division, before the Honorable Claudia Wilken, there came on regularly for hearing the Petition of Defendants EDWARD Z. BINE-STOCK, E & E STEEL TRADING, and E & E GROUP, LLC, to Enforce Pre-Litigation Mediation and Arbitration Agreement and for Dismissal of this Action, and Alternative Motion to Dismiss for Failure to State a Claim, and Motion for Order Compelling Plaintiffs to Post Cost Bond.

Louis Spitters of the Law Offices of Louis Spitters appeared for Defendants and moving parties EDWARD Z. BINE-STOCK, E & E STEEL TRADING, and E & E GROUP, LLC.

Edward Cano or Kevin Gray appeared for Plaintiffs THIRU J. IMMANUEL and IMMANUEL METAL CORPORATION.

The Court having reviewed and considered the moving papers, Plaintiff's Response thereto, and Defendants' Reply papers submitted on the Petition and Motions, and having heard the argument of counsel appearing, for good cause shown,

IT IS HEREBY ORDERED that:

1.  The Petition to Enforce Mediation and Arbitration Agreement of Defendants EDWARD Z. BINE-STOCK, E & E STEEL TRADING, and E & E GROUP, LLC is hereby granted, and the parties are ordered to proceed with Mediation and Arbitration in accordance with the terms of their written agreement of March 31, 2006.

2.  This action is dismissed, without prejudice.

3.  The Motion to Dismiss for Failure to State a Claim of Defendants EDWARD Z. BINE-STOCK, E & E STEEL TRADING, and E & E GROUP, LLC is denied without prejudice as moot in light of the granting of Defendant's Petition.

4.  The Motion of Defendants EDWARD Z. BINE-STOCK, E & E STEEL TRADING, and E & E GROUP, LLC for an Order Compelling Plaintiffs to Post a Cost Bond is denied without prejudice as moot in light of the granting of Defendant's Petition.

DATED: January __, 2008

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE