1 | #1407
LOUIS SPITTERS - SBN 112064
2 | LAW OFFICES OF LOUIS SPITTERS
96 North Third Street, Suite 500
3 | San Jose, California 95112
(408) 293-0463
4 |

5 | Attorneys for Defendants,
EDWARD Z. BINE-STOCK,
6 | INDIVIDUALLY, E & E STEEL
TRADING AND THE E & E
7 | GROUP, LLC

8 | THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
9 | OAKLAND, CALIFORNIA DIVISION

10 |

11 | THIRU J. IMMANUEL AND IMMANUEL )   Case No.  C 07 3402 CW
METAL CORPORATION,                )
12 |                               )   **CERTIFICATE OF SERVICE**
          Plaintiffs,              )
13 |                               )
vs.                                )
14 |                               )
EDWARD Z. BINE-STOCK,              )
15 | INDIVIDUALLY, E & E STEEL       )
TRADING, and E & E GROUP, LLC,     )
16 |                               )
          Defendants.               )
17 |  _____)

18 |

19 | TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

20 |       I certify and declare as follows:

21 |       I am over the age of 18 years, and not a party to this action.  My business address is 96

22 | North Third Street, Suite 500, San Jose, California 95112, which is located in the county where the

23 | mailing described below took place.

24 |       I am readily familiar with the business practice at my place of business for collection and

25 | processing of correspondence for mailing with the United States Postal Service.  Correspondence

26 | so collected and processed is deposited with the United States Postal Service that same day in the

27 | ordinary course of business.

28 |

**CERTIFICATE OF SERVICE**                                                                 **PAGE 1**

On December 21, 2007, at my place of business at 96 North Third Street, Suite 500, San Jose, California, (a copy of the attached/the following document): **DEFENDANTS' REPLY BRIEF ON PETITION TO ENFORCE PRE-LITIGATION MEDIATION AND ARBITRATION AGREEMENT AND FOR DISMISSAL OF ACTION; AND IN SUPPORT OF ALTERNATIVE MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND FOR POSTING COST BOND BY PLAINTIFF; [Proposed] ORDER** was deposited in the United States Postal Service in a sealed envelope, with postage fully prepaid, addressed to:

Kevin Gray
650 California St., 19th Fl.
San Francisco, CA  94108
415.288.6600 / 415.288.6618 Fax
**Attorney for Plaintiffs**

and the envelope was placed for collection and mailing on that date following ordinary business practices.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 21, 2007                    /s/    SALLY WALLACE
                                                        SALLY WALLACE