IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRU J. IMMANUEL, and IMMANUEL METAL CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDWARD Z. BINE-STOCK, E & E STEEL TRADING, and E & E GROUP, LLC,<br><br>    Defendants.<br>_____/ | Nos. C 07-3402 CW<br><br>ORDER GRANTING DEFENDANTS' PETITION TO ENFORCE PRE-LITIGATION MEDIATION AND ARBITRATION AGREEMENT |

On November 7, 2007, Defendants re-noticed their petition to enforce a pre-litigation mediation and arbitration agreement, an alternative motion to dismiss for failure to state a claim and an independent motion to require Plaintiffs to post a cost bond. After their opposition was due, Plaintiffs moved for and were granted additional time to respond to the motions. Plaintiffs have now filed a statement indicating that they are "in agreement with the Defendants' Petition to Enforce Pre-Litigation Mediation and Arbitration Agreement." Plaintiffs' Response at 2.

Accordingly, and good cause appearing therefor, the Court GRANTS Defendants' petition to enforce the pre-litigation mediation and arbitration agreement (Docket No. 15). Plaintiffs' claims are

1  dismissed without prejudice to refiling after mediation and
2  arbitration.  All previously scheduled dates are VACATED.
3      The Court DENIES as moot Defendants' motion to dismiss for
4  failure to state a claim and motion for posting of cost bond by
5  Plaintiff (Docket No. 16).  Defendant's request for judicial notice
6  is also DENIED as moot (Docket No. 17).
7      IT IS SO ORDERED.
8  Dated: 12/21/07
9                                          CLAUDIA WILKEN
                                            United States District Judge