LAW OFFICES OF LOUIS SPITTERS
96 North Third Street, Suite 500
San Jose, California 95112
Telephone: 408.203.0463
Facsimile: 408.293.9514
Email: spitlaw@earthlink.net

January 4, 2008

Hon. Claudia Wilken
United State District Judge
U.S. District Court, Northern District of California
Oakland, California Division
1301 Clay Street, Suite 400S
Oakland, CA 94612

    Re: <u>Thiru J. Immanuel, et al. v Edward Z. Bine-Stock, et al.</u>
    Case No. C 07 3402 CW
    Our Fil No. 1407

Your Honor:

    You may recall that on December 21, 2007 you entered an order for dismissal of this action. Accordingly, I am at this time submitting a proposed Judgment of Dismissal for your review and execution.

    I would appreciate, if you find the form of Judgement proper, your signing the Judgment and requesting that the Clerk of the Court to file and process the Judgment.

    Thank you for your attention to this matter.

                                  Respectfully submitted,
                                  /s/  LOUIS SPITTERS
                                  LOUIS SPITTERS
                                  Attorney for Defendants

cc:    Edward Cano (via Email: edcanoattorney@sbcglobal.net), Attorney for Plaintiffs
        Kevin Gray (via Email: kgray@dfdclaw.com), Attorney for Plaintiffs