#1407
LOUIS SPITTERS - SBN 112064
LAW OFFICES OF LOUIS SPITTERS
96 North Third Street, Suite 500
San Jose, California 95112
(408) 293-0463

Attorneys for Defendants,
EDWARD Z. BINE-STOCK,
INDIVIDUALLY, E & E STEEL
TRADING AND THE E & E
GROUP, LLC

# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND, CALIFORNIA DIVISION

| | |
|---|---|
| THIRU J. IMMANUEL AND IMMANUEL METAL CORPORATION,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>EDWARD Z. BINE-STOCK, INDIVIDUALLY, E & E STEEL TRADING, and E & E GROUP, LLC,<br><br>　　　　Defendants. | Case No. C 07 3402 CW<br><br>JUDGMENT OF DISMISSAL<br>[Federal Rules of Civil Procedure, Rules 58 & 79] |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

This cause came to be heard on the Petition of Defendants EDWARD Z. BINE-STOCK, E&E STEEL TRADING and E&E GROUP, LLC, to Enforce Pre-Litigation Mediation and Arbitration Agreement and for Dismissal of Action, pursuant to 9 U.S.C. Sections 2 and 201, et seq., on the grounds that the agreement upon which this action is based contains and enforceable pre-litigation mediation and arbitration agreement, and the Court having granted the Petition on December 21, 2007,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is dismissed, without prejudice, on the grounds set forth in the Petition, that Judgment shall be and is hereby entered for Defendants EDWARD Z. BINE-STOCK, E&E STEEL TRADING and E&E GROUP,

1  LLC, and against Plaintiffs THIRU J. IMMANUEL and IMMANUEL METAL CORPORATION,

2  and that Defendants shall recover form Plaintiffs their costs herein.

3  Dated: _____           _____

4                                                             Hon. CLAUDIA WILKENS
                                                           UNITED STATES DISTRICT JUDGE