#1407
LOUIS SPITTERS - SBN 112064
LAW OFFICES OF LOUIS SPITTERS
96 North Third Street, Suite 500
San Jose, California 95112
(408) 293-0463

Attorneys for Defendants,
EDWARD Z. BINE-STOCK,
INDIVIDUALLY, E & E STEEL
TRADING AND THE E & E
GROUP, LLC

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND, CALIFORNIA DIVISION

| | |
|---|---|
| THIRU J. IMMANUEL AND IMMANUEL METAL CORPORATION,<br><br>          Plaintiffs,<br><br>vs.<br><br>EDWARD Z. BINE-STOCK, INDIVIDUALLY, E & E STEEL TRADING, and E & E GROUP, LLC,<br><br>          Defendants. | Case No.  C 07 3402 CW<br><br>NOTICE OF ENTRY OF JUDGMENT<br>[Federal Rules of Civil Procedure, Rules 77 & 79] |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Judgement of Dismissal attached hereto was entered by the Court in this action on January 24, 2008.

DATED: January 25, 2008                     LAW OFFICES OF LOUIS SPITTERS

                                                                 /s/     LOUIS SPITTERS
                                                            LOUIS SPITTERS
                                                            Attorney for Defendants,
                                                            EDWARD Z. BINE-STOCK, Individually,
                                                            E & E STEEL TRADING and
                                                            E&E GROUP, LLC

**JUDGMENT OF DISMISSAL**                                                                           **PAGE 1**

1  #1407
   LOUIS SPITTERS - SBN 112064
2  LAW OFFICES OF LOUIS SPITTERS
   96 North Third Street, Suite 500
3  San Jose, California  95112
   (408) 293-0463
4

5  Attorneys for Defendants,
   EDWARD Z. BINE-STOCK,
6  INDIVIDUALLY, E & E STEEL
   TRADING AND THE E & E
7  GROUP, LLC

8            THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9              OAKLAND, CALIFORNIA DIVISION

10

11 THIRU J. IMMANUEL AND IMMANUEL  )   Case No.  C 07 3402 CW
   METAL CORPORATION,              )
12                                 )   JUDGMENT OF DISMISSAL
              Plaintiffs,          )   [Federal Rules of Civil Procedure, Rules 58 &
13                                 )   79]
   vs.                             )
14                                 )
   EDWARD Z. BINE-STOCK,           )
15 INDIVIDUALLY, E & E STEEL       )
   TRADING, and E & E GROUP, LLC,  )
16                                 )
              Defendants.          )
17 _____  )

18

19 TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

20         This cause came to be heard on the Petition of Defendants EDWARD Z. BINE-STOCK,

21 E&E STEEL TRADING and E&E GROUP, LLC, to Enforce Pre-Litigation Mediation and

22 Arbitration Agreement and for Dismissal of Action, pursuant to 9 U.S.C. Sections 2 and 201, et

23 seq., on the grounds that the agreement upon which this action is based contains and enforceable

24 pre-litigation mediation and arbitration agreement, and the Court having granted the Petition on

25 December 21, 2007,

26         IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is dismissed,

27 without prejudice, on the grounds set forth in the Petition, that Judgment shall be and is hereby

28 entered for Defendants EDWARD Z. BINE-STOCK, E&E STEEL TRADING and E&E GROUP,

JUDGMENT OF DISMISSAL                                                    PAGE 1

1  LLC, and against Plaintiffs THIRU J. IMMANUEL and IMMANUEL METAL CORPORATION,

2  and that Defendants shall recover form Plaintiffs their costs herein.

3  Dated: 1/24/08                                   _____
                                                    Hon. CLAUDIA WILKENS
4                                                   UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | Case Name:  **Immanuel, et al. v Bine-Stock, et al.** |
| | Case No.:     **C 07 3402 CW** |
| 2 | |

### PROOF OF SERVICE VIA U.S. MAIL

I certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 96 North Third Street, Suite 500, San Jose, California 95112, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On January 25, 2008, at my place of business at 96 North Third Street, Suite 500, San Jose, California, (a copy of the attached/the following document): **NOTICE OF ENTRY OF JUDGMENT** was deposited in the United States Postal Service in a sealed envelope, with postage fully prepaid, addressed to:

Kevin Gray
650 California St., 19th Fl.
San Francisco, CA  94108
415.288.6600 / 415.288.6618 Fax
**Attorney for Plaintiffs**

and the envelope was placed for collection and mailing on that date following ordinary business practices.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 25, 2008                                    /s/   SALLY WALLACE
                                                                               SALLY WALLACE