#1407
LOUIS SPITTERS - SBN 112064
LAW OFFICES OF LOUIS SPITTERS
96 North Third Street, Suite 500
San Jose, California 95112
(408) 293-0463


Attorneys for Defendants,
EDWARD Z. BINE-STOCK,
INDIVIDUALLY, E & E STEEL
TRADING and THE E & E GROUP, LLC

# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND, CALIFORNIA DIVISION

| | |
|---|---|
| THIRU J. IMMANUEL AND IMMANUEL METAL CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD Z. BINE-STOCK, INDIVIDUALLY, E & E STEEL TRADING, and E & E GROUP, LLC,<br><br>Defendants. | Case No. C 07 3402 CW<br><br>NOTICE OF MOTION FOR AWARD OF ATTORNEYS FEES AND COSTS; MOTION FOR AWARD OF ATTORNEYS FEES AND COSTS; REQUEST FOR JUDICIAL NOTICE; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF DEFENDANTS' COUNSEL IN SUPPORT THEREOF; [Proposed] ORDER<br><br>DATE: March 27, 2008<br>TIME: 2:00 p.m.<br>CTRM: 2 - 4th Floor<br>JUDGE: Hon. Claudia Wilken |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE that on March 28, 2008 at 2:00 p.m. in Courtroom 2 of the United States District Court for the Northern District of California, Oakland, California Division, 1301 Clay Street, Suite 400S, Oakland, California, Defendants EDWARD Z. BINE-STOCK, E&E STEEL TRADING, and E&E GROUP, LLC shall bring for hearing their Motion for Award of Attorneys Fees and Costs in the sum of $11,581.86, following entry of judgment in this action.

DATED: February 7, 2008          LAW OFFICES OF LOUIS SPITTERS

                                              /s/ Louis Spitters
                                          LOUIS SPITTERS, Attorney for Defendants,
                                          EDWARD Z. BINE-STOCK, E & E STEEL
                                          TRADING, and THE E & E GROUP, LLC