1  #1407
   LOUIS SPITTERS  - SBN 112064
2  LAW OFFICES OF LOUIS SPITTERS
   96 North Third Street, Suite 500
3  San Jose, California  95112
   (408) 293-0463

4

5  Attorneys for Defendants,
   EDWARD Z. BINE-STOCK,
6  INDIVIDUALLY, E & E STEEL
   TRADING and THE E & E GROUP, LLC

7

8              THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                  OAKLAND, CALIFORNIA DIVISION

10

11  THIRU J. IMMANUEL AND IMMANUEL )    Case No.  C 07 3402 CW
    METAL CORPORATION,             )
12                                 )    MOTION FOR AWARD OF ATTORNEYS
                  Plaintiffs,      )    FEES AND COSTS
13                                 )
    vs.                            )    _____
14                                 )    DATE:        March 27, 2008
                                   )    TIME:        2:00 p.m.
15  EDWARD Z. BINE-STOCK,          )    CTRM:        2 - 4th Floor
    INDIVIDUALLY, E & E STEEL      )    JUDGE:       Hon. Claudia Wilken
    TRADING, and E & E GROUP, LLC, )
16                                 )
                  Defendants.      )
17  _____)

18

19  TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

20          PLEASE TAKE NOTICE that Defendants EDWARD Z. BINE-STOCK, E&E STEEL

21  TRADING and E&E GROUP, LLC hereby Move the Court for an Award of Attorneys Fees and

22  Costs in this action in the sum of $11,581.86, as prevailing parties in a contract action following

23  entry of judgment in this action.

24          This motion, brought pursuant to Federal Rules of Civil Procedure, Rule 54, Northern

25  District of California Local Rule 54-6, and controlling California law, including Civil Code §1717

26  and Code of Civil Procedure §§1032 and 1033.5, is made on the grounds that the agreement which

27  is the subject of this action contains a provision that the prevailing party in any proceeding arising

28  from the parties' contract shall be entitled to recover their costs and attorneys fees, and that the

1   laws of the State of California provide for recovery by the prevailing party in an action arising

2   from an contract containing and attorneys fees provision.

3       This Motion is based upon the Notice filed and served herewith, the grounds set forth in

4   this Motion, the Memorandum of Points and Authorities, Declaration of Louis Spitters, Exhibits

5   thereto submitted in support of the motion, matters of which the Court may take judicial notice, the

6   pleadings, records and papers on file in this action, and upon such other and further oral and

7   documentary argument and evidence as may be presented at the hearing on this Motion.

8   DATED: February 7, 2008                    LAW OFFICES OF LOUIS SPITTERS

9                                              /s/ Louis Spitters
                                               LOUIS SPITTERS
10                                             Attorney for Defendants,
                                               EDWARD Z. BINE-STOCK,
11                                             INDIVIDUALLY, E & E STEEL TRADING,
                                               and THE E & E GROUP, LLC
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28