#1407
LOUIS SPITTERS - SBN 112064
LAW OFFICES OF LOUIS SPITTERS
96 North Third Street, Suite 500
San Jose, California 95112
(408) 293-0463


Attorneys for Defendants,
EDWARD Z. BINE-STOCK,
INDIVIDUALLY, E & E STEEL
TRADING and THE E & E GROUP, LLC

# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND, CALIFORNIA DIVISION

| | |
|---|---|
| THIRU J. IMMANUEL AND IMMANUEL METAL CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD Z. BINE-STOCK, INDIVIDUALLY, E & E STEEL TRADING, and E & E GROUP, LLC,<br><br>Defendants. | Case No. C 07 3402 CW<br><br>[Proposed]<br>ORDER ON DEFENDANTS'<br>MOTION FOR AWARD OF<br>ATTORNEYS FEES AND COSTS |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

On March 27, 2008 at 2:00 p.m. in Courtroom 2 of the United States District Court for the Northern District of California, Oakland, California Division, before the Honorable Claudia Wilken, U.S. District Judge, the Motion of Defendants EDWARD Z. BINE-STOCK, E&E STEEL TRADING, and E&E GROUP, LLC for Award of Attorneys Fees and Costs following entry of judgment in this action came on regularly for hearing.

The Court having reviewed the moving papers, any opposition thereto and any reply papers submitted in support of the motion, and the Court having heard the argument of counsel appearing on the motion, for good cause shown,

IT IS HEREBY ORDERED that:

1. The Motion of Defendants EDWARD Z. BINE-STOCK, E&E STEEL TRADING, and E&E GROUP, LLC for Award of Attorneys Fees and Costs is granted.

2. Defendants are awarded Attorneys Fees and Costs as prevailing parties in this action in the sum of $_____.

3. The Judgment entered in this action shall be amended to reflect this award of Attorneys Fees and Costs, and shall provide for the recovery of all post-judgment Attorneys Fees and Costs incurred by Defendants.

DATED: March ___, 2008

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE