# DECLARATION OF DEFENDANT'S COUNSEL EXHIBIT "A"

**LAW OFFICES OF LOUIS SPITTERS**
**96 North Third Street, Suite 500**
**San Jose, California 95112**
**Telephone: (408) 293-0463**
**Facsimile: (408) 293-9514**
**Email: spitlaw@earthlink.net**

## FACSIMILE COVER SHEET

**TO:**      **EDWARD P. CANO**                    **FAX NO.:210.227.5353**
                                                                  **PH. NO.:210.223.1099**
            **KEVIN J. GRAY**                        **FAX NO.:415.288.6618**
                                                                  **PH. NO.:415.288.6600**

**FROM:**   **LOUIS SPITTERS**
**DATE:**    **January 25, 2008**
**RE:**       **Immanuel Metal Corp. v Bine-Stock, et al.**
                **Our File No: 1407**

**NO. PAGES (including cover sheet):    1**

Dear Counsel:

     As you are aware, Judgment was entered in this action on January 24, 2008. In accordance with Federal Rules of Civil Procedure, Rule 54, and Local Rule 54-6, you are hereby requested to participate in a Meet and Confer Conference via telephone on Wednesday, January 30, 2008 at 10:00 a.m. PST for purposes of attempting to resolve any dispute concerning Defendants' Motion for Costs and Attorneys Fees which shall be filed on or before February 7, 2008. Your prompt response is appreciated.

Sincerely,

Louis Spitters

If this FAX is incomplete or difficult to read, please call (408) 293-0463.

CONFIDENTIALITY NOTICE
The documents accompanying this facsimile transmission contain confidential information belonging tot the sender which is legally privileged. The information is intended only for the use of the individuals or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile information is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone or arrange for the return of the original document to us.

Confirmation Repo⋯—Memory Send

```
                          Time      : 01-25-2008   03:58pm
                          Tel line 1 : +14082939514
                          Name      : RANKIN
```

Job number            :  117

Date                  :  01-25   03:57pm

To                    :  14152886618

Document Pages        :  001

Start time            :  01-25   03:57pm

End time              :  01-25   03:58pm

Pages sent            :  001

Status                :  OK

Job number    : 117            *** SEND SUCCESSFUL ***

**LAW OFFICES OF LOUIS SPITTERS**
96 North Third Street, Suite 500
San Jose, California 95112
Telephone: (408) 293-9514
Facsimile: (408) 293-9514
Email: spitlaw@earthlink.net

**FACSIMILE COVER SHEET**

TO:      EDWARD P. CANO                    FAX NO.:210.227.5353
                                           PH. NO.:210.227.1099
         KEVIN J. GRAY                     FAX NO.:415.288.6618
                                           PH. NO.:415.288.6600
FROM:    LOUIS SPITTERS
DATE:    January 25, 2008
RE:      Immanuel Meral Corp. v Bine-Stock, et al.
         Our File No: 1407

NO. PAGES (including cover sheet): ___1___

Dear Counsel:

        As you are aware, Judgment was entered in this action on January 24, 2008.  In
accordance with Federal Rules of Civil Procedure, Rule 54, and Local Rule 54-6, you are
hereby requested to participate in a Meet and Confer Conference via telephone on
Wednesday, January 30, 2008 at 10:00 a.m. PST for purposes of attempting to resolve any
dispute concerning Defendants' Motion for Costs and Attorneys Fees which shall be filed
on or before February 7, 2008.  Your prompt response is appreciated.

Sincerely,

Louis Spitters

If this FAX is incomplete or difficult to read, please call (408) 293-0463.

CONFIDENTIALITY NOTICE
The documents accompanying this facsimile transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individuals or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile information is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone or arrange for the return of the original document to us.

Confirmation Report—Memory Send

```
                                    Time      : 01-25-2008   04:03pm
                                    Tel line 1 : +14082939514
                                    Name      : RANKIN
```

| | | |
|---|---|---|
| Job number | : | 116 |
| Date | : | 01-25  03:56pm |
| To | : | 12102275353 |
| Document Pages | : | 001 |
| Start time | : | 01-25  03:56pm |
| End time | : | 01-25  04:02pm |
| Pages sent | : | 001 |
| Status | : | OK |

Job number    : 116                 *** SEND SUCCESSFUL ***

**LAW OFFICES OF LOUIS SPITTERS**
96 North Third Street, Suite 500
San Jose, California 95112
Telephone: (408) 293-0463
Facsimile: (408) 293-9514
Email: spitlaw@earthlink.net

**FACSIMILE COVER SHEET**

| | | |
|---|---|---|
| **TO:** | **EDWARD P. CANO** | **FAX NO.:210.227.5353** |
| | | **PH. NO.:210.227.1099** |
| | **KEVIN J. GRAY** | **FAX NO.:415.288.6618** |
| | | **PH. NO.:415.288.6600** |
| **FROM:** | **LOUIS SPITTERS** | |
| **DATE:** | **January 25, 2008** | |
| **RE:** | **Immanuel Metal Corp. v Bine-Stock, et al.** | |
| | Our File No: 1407 | |

**NO. PAGES (including cover sheet): ___1___**

Dear Counsel:

As you are aware, Judgment was entered in this action on January 24, 2008. In accordance with Federal Rules of Civil Procedure, Rule 54, and Local Rule 54-6, you are hereby requested to participate in a Meet and Confer Conference via telephone on Wednesday, January 30, 2008 at 10:00 a.m. PST for purposes of attempting to resolve any dispute concerning Defendants' Motion for Costs and Attorneys Fees which shall be filed on or before February 7, 2008. Your prompt response is appreciated.

Sincerely,

Louis Spitters

If this FAX is incomplete or difficult to read, please call (408) 293-0463.

CONFIDENTIALITY NOTICE
The documents accompanying this facsimile transmission contain confidential information belonging for the sender which is legally privileged. The information is intended only for the use of the individuals or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile information is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone or arrange for the return of the original document to us.

# DECLARATION OF DEFENDANT'S COUNSEL EXHIBIT "B"

**LAW OFFICES OF LOUIS SPITTERS**
**96 North Third Street, Suite 500**
**San Jose, California 95112**
**Telephone: (408) 293-0463**
**Facsimile: (408) 293-9514**
**Email: spitlaw@earthlink.net**

## FACSIMILE COVER SHEET

| | | |
|---|---|---|
| **TO:** | **EDWARD P. CANO** | **FAX NO.:210.227.5353** |
| | **KEVIN J. GRAY** | **FAX NO.:415.288.6618** |
| **FROM:** | **LOUIS SPITTERS** | |
| **DATE:** | **January 31, 2008** | |
| **RE:** | **Immanuel Metal Corp. v Bine-Stock, et al.** | |
| | **Our File No: 1407** | |

**NO. PAGES (including cover sheet):   1**

I understand that Mr. Gray does not wish to be involved in our meet and confer discussions concerning Defendants' Motion for Attorneys Fees. Hence, further communications will occur with Mr. Cano's office only.

In light of Mr. Cano's unavailability to meet and confer by telephone conference, we should satisfy the court's meet and confer requirement through correspondence. Three issues must be addressed: (1) Defendants' entitlement to recover their costs and attorneys fees; (2) the amount of the attorneys fees and costs incurred; and (3) Plaintiffs' obligation to pay them.

Since this is a diversity action, the motion for costs and attorneys fees is governed by California law. Code of Civil Procedure Section 1032 defines Defendants as the prevailing parties in this action, since a dismissal and judgment were entered for them. Civil Code Section 1717 provides for the recovery of attorneys fees and costs by the prevailing party where the parties' contract contains an attorneys fees provision.

Defendants' costs and attorneys fees total $6,892.86 (exclusive of fees connected with the attorneys fees motion). What remains for discussion is Plaintiffs' willingness to pay the fees. If a satisfactory resolution cannot be reached by February 4th, I will proceed to file a motion. I look forward to speaking to Mr. Cano shortly.

If this FAX is incomplete or difficult to read, please call (408) 293-0463.

CONFIDENTIALITY NOTICE

The documents accompanying this facsimile transmission contain confidential information belonging tot the sender which is legally privileged. The information is intended only for the use of the individuals or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile information is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone or arrange for the return of the original document to us.

## EXHIBIT "A"

**LAW OFFICES OF LOUIS SPITTERS**
96 North Third Street, Suite 500
San Jose, California 95112
Telephone: (408) 293-0463
Facsimile: (408) 293-9514
Email: spitlaw@earthlink.net

## FACSIMILE COVER SHEET

| | | |
|---|---|---|
| **TO:** | **EDWARD P. CANO** | **FAX NO.:210.227.5353** |
| | **KEVIN J. GRAY** | **FAX NO.:415.288.6618** |
| **FROM:** | **LOUIS SPITTERS** | |
| **DATE:** | **January 31, 2008** | |
| **RE:** | **Immanuel Metal Corp. v Bine-Stock, et al.** | |
| | **Our File No: 1407** | |

**NO. PAGES (including cover sheet): ___1___**

I understand that Mr. Gray does not wish to be involved in our meet and confer discussions concerning Defendants' Motion for Attorneys Fees. Hence, further communications will occur with Mr. Cano's office only.

In light of Mr. Cano's unavailability to meet and confer by telephone conference, we should satisfy the court's meet and confer requirement through correspondence. Three issues must be addressed: (1) Defendants' entitlement to recover their costs and attorneys fees; (2) the amount of the attorneys fees and costs incurred; and (3) Plaintiffs' obligation to pay them.

Since this is a diversity action, the motion for costs and attorneys fees is governed by California law. Code of Civil Procedure Section 1032 defines Defendants as the prevailing parties in this action, since a dismissal and judgment were entered for them. Civil Code Section 1717 provides for the recovery of attorneys fees and costs by the prevailing party where the parties' contract contains an attorneys fees provision.

Defendants' costs and attorneys fees total $6,892.86 (exclusive of fees connected with the attorneys fees motion). What remains for discussion is Plaintiffs' willingness to pay the fees. If a satisfactory resolution cannot be reached by February 4th, I will proceed to file a motion. I look forward to speaking to Mr. Cano shortly.

If this FAX is incomplete or difficult to read, please call (408) 293-0463

CONFIDENTIALITY NOTICE
The documents accompanying this facsimile transmission contain confidential information belonging tot the sender which is legally privileged. The information is intended only for the use of the individuals or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile information is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone or arrange for the return of the original document to us.

**EXHIBIT "A"**

# Group Send Report

```
Time      : 01-31-2008   11:36am
Tel line 1 : +14082939514
Name      : RANKIN
```

| | | |
|---|---|---|
| Job number | : | 210 |
| Date | : | 01-31  11:33am |
| Document Pages | : | 001 |
| Start time | : | 01-31  11:33am |
| End time | : | 01-31  11:36am |

Successful

Fax number

☎12102275353
☎14152886618

Unsuccessful                                                                                       Pages sent

## LAW OFFICES OF LOUIS SPITTERS
### 96 North Third Street, Suite 500
### San Jose, California 95112
### Telephone: (408) 293-0463
### Facsimile: (408) 293-9514
### Email: spitlaw@earthlink.net

## FACSIMILE COVER SHEET

**TO:**     **EDWARD P. CANO**                **FAX NO.:210.227.5353**
                                              **PHONE NO.:210.223.1099**

**FROM:**   **LOUIS SPITTERS**
**DATE:**   **February 5, 2008**
**RE:**     **Immanuel Metal Corp v Edward Z. Bine-Stock, et al.**
            **Our File No: 1407**
**NO. PAGES (including cover sheet): ___1___**

Dear Mr. Cano:

As of this writing I have received no response to my efforts to meet and confer regarding Defendants' Motion for Attorneys Fees. When you advised me last week that you were unable, due to court appearances, to engage in a Meet and Confer Phone Conference on Wednesday, I sent you a fax on January 31, 2007 suggesting that we meet and confer via correspondence. That fax set for the legal basis for the Motion and the amount of the attorneys fees and costs incurred, save for those incurred in preparing the motion.

I called your office earlier today to request a response to my meet and confer efforts by the end of the day. Since I have not heard from you, I must proceed on the basis that you do not intend to meet and confer regarding this matter, and that you do not have a good faith basis for opposing the attorney fees motion. At this time I must direct my efforts to completing the motion. Defendants have in good faith tried to meet and confer regarding this motion. However, the opportunity for discussion, with the filing date looming, has now passed. Thank you for your continued courtesy and cooperation in this matter.

Sincerely,

Louis Spitters

If this FAX is incomplete or difficult to read, please call (408) 293-0463.

CONFIDENTIALITY NOTICE

The documents accompanying this facsimile transmission contain confidential information belonging tot the sender which is legally privileged. The information is intended only for the use of the individuals or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile information is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone or arrange for the return of the original document to us.

Confirmation Report—Memory Send

```
                                    Time     : 02-05-2008  04:20pm
                                    Tel line 1 : +14082939514
                                    Name     : RANKIN
```

| | | |
|---|---|---|
| Job number | : | 294 |
| Date | : | 02-05  04:19pm |
| To | : | 12102275353 |
| Document Pages | : | 001 |
| Start time | : | 02-05  04:19pm |
| End time | : | 02-05  04:20pm |
| Pages sent | : | 001 |
| Status | : | OK |

Job number    : 294              \*\*\* SEND SUCCESSFUL \*\*\*

**LAW OFFICES OF LOUIS SPITTERS**
**96 North Third Street, Suite 500**
**San Jose, California 95112**
**Telephone: (408) 293-0463**
**Facsimile: (408) 293-9514**
**Email: spitlaw@earthlink.net**

**FACSIMILE COVER SHEET**

**TO:**       **EDWARD P. CANO**                    **FAX NO.:210.227.5353**
                                                     **PHONE NO.:210.223.1099**
**FROM:**     **LOUIS SPITTERS**
**DATE:**     **February 5, 2008**
**RE:**       **Immanuel Metal Corp v Edward Z. Bine-Stock, et al.**
              **Our File No: 1407**
**NO. PAGES (including cover sheet):    1**

Dear Mr. Cano:

As of this writing I have received no response to my efforts to meet and confer regarding Defendants' Motion for Attorneys Fees. When you advised me last week that you were unable, due to court appearances, to engage in a Meet and Confer Phone Conference on Wednesday, I sent you a fax on January 31, 2007 suggesting that we meet and confer via correspondence. That fax set for the legal basis for the Motion and the amount of the attorneys fees and costs incurred, save for those incurred in preparing the motion.

I called your office earlier today to request a response to my meet and confer efforts by the end of the day. Since I have not heard from you, I must proceed on the basis that you do not intend to meet and confer regarding this matter, and that you do not have a good faith basis for opposing the attorney fees motion. At this time I must direct my efforts to completing the motion. Defendants have in good faith tried to meet and confer regarding this motion. However, the opportunity for discussion, with the filing date looming, has now passed. Thank you for your continued courtesy and cooperation in this matter.

Sincerely,

Louis Spitters

If this FAX is incomplete or difficult to read, please call (408) 293-0463.

CONFIDENTIALITY NOTICE
The documents accompanying this facsimile transmission contain confidential information belonging tot the sender which is legally privileged. The information is intended only for the use of the individuals or entity named above. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile information is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone or arrange for the return of the original document to us

# LAW OFFICES OF LOUIS SPITTERS
## 96 North Third Street, Suite 500
## San Jose, California 95112
## Telephone: (408) 293-0463
## Facsimile: (408) 293-9514
## Email: spitlaw@earthlink.net

## FACSIMILE COVER SHEET

**TO:**     **EDWARD P. CANO**                    **FAX NO.:210.227.5353**
                                                  **PH. NO.:210.227.1099**

**FROM:**   **LOUIS SPITTERS**
**DATE:**   **January 25, 2008**
**RE:**     **Immanuel Metal Corp. v Bine-Stock, et al.**
            **Our File No: 1407**

**NO. PAGES (including cover sheet): ___1___**

Dear Counsel:

Please permit this letter to confirm receipt of your telephone message today responding to my meet and confer efforts on the motion for attorneys fees and costs. Your message advised that Plaintiff is willing to pay Defendants' court costs, but not their attorneys fees. You message contained no explanation for this position. You stated that this is the position you would have presented had we been able to engage in a telephonic meet and confer conference.

As you aware, the motion must be filed tomorrow. I must at this time proceed with completion of and with the filing of the motion.

Sincerely,

Louis Spitters

If this FAX is incomplete or difficult to read, please call (408) 293-0463.

CONFIDENTIALITY NOTICE

The documents accompanying this facsimile transmission contain confidential information belonging tot the sender which is legally privileged. The information is intended only for the use of the individuals or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile information is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone or arrange for the return of the original document to us.

Confirmation Report—Memory Send

Time        : 02-06-2008   05:48pm
Tel line 1 : +14082939514
Name        : RANKIN

Job number            :   323

Date                  :   02-06  05:47pm

To                    :   12102275353

Document Pages        :   001

Start time            :   02-06  05:47pm

End time              :   02-06  05:48pm

Pages sent            :   001

Status                :   OK

Job number    : 323            *** SEND SUCCESSFUL ***

**LAW OFFICES OF LOUIS SPITTERS**
96 North Third Street, Suite 500
San Jose, California 95112
Telephone: (408) 293-0463
Facsimile: (408) 293-9514
Email: spitlaw@earthlink.net

**FACSIMILE COVER SHEET**

TO:        EDWARD P. CANO                          FAX NO.:210.227.5353
                                                    PH. NO.:210.227.1099

FROM:      LOUIS SPITTERS
DATE:      January 25, 2008
RE:        Immanuel Metal Corp. v Bine-Stock, et al.
           Our File No: 1407

NO. PAGES (including cover sheet): ___1___

Dear Counsel:

Please permit this letter to confirm receipt of your telephone message today responding to my meet and confer efforts on the motion for attorneys fees and costs. Your message advised that Plaintiff is willing to pay Defendants' court costs, but not their attorneys fees. You message contained no explanation for this position. You stated that this is the position you would have presented had we been able to engage in a telephonic meet and confer conference.

As you aware, the motion must be filed tomorrow. I must at this time proceed with completion of and with the filing of the motion.

Sincerely,

Louis Spitters

If this FAX is incomplete or difficult to read, please call (408) 293-0463.

CONFIDENTIALITY NOTICE
The documents accompanying this facsimile transmission contain confidential information belonging for the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile information is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone or arrange for the return of the original document to us.

# DECLARATION OF
# DEFENDANT'S COUNSEL
# EXHIBIT "C"

# LAW OFFICES OF LOUIS SPITTERS
## 96 North Third Street, Suite 500
### San Jose, California 95112
### Telephone: (408) 293-0463
### Facsimile: (408) 293-9514
### Email: spitlaw@earthlink.net

## FACSIMILE COVER SHEET

| | | |
|---|---|---|
| **TO:** | **EDWARD P. CANO** | **FAX NO.:210.227.5353** |
| | | **PH. NO.:210.227.1099** |
| **COPY TO:** | **KEVIN J. GRAY** | **FAX NO.:415.288.6618** |
| | | **PH. NO.:415.288.6600** |
| **FROM:** | **LOUIS SPITTERS** | |
| **DATE:** | **December 7, 2007** | |
| **RE:** | **Immanuel Metal Corp. v Bine-Stock, et al.** | |
| | **Our File No: 1407** | |

**NO. PAGES (including cover sheet):    3**

Dear Counsel:

On October 29, 2007 I forwarded to Mr. Cano a letter pursuant to Rule 11 (a copy of which is attached) requesting that he dismiss the RICO claims against my clients and dismiss all defendants except E&E Group, LLC. I have yet to receive any response to this letter, other than phone messages from Mr. Cano's office stating he was "working on" a response. More than 21 days have elapsed since my request pursuant to Rule 11. I would very much appreciate receiving a dismissal of the RICO action as requested in the letter, or an explanation of why Plaintiff is not willing to comply with the requests set forth in the letter. I will defer filing a Rule 11 motion for one week. I look forward to hearing from you before then.

Thank you for your continuing courtesy and cooperation in this matter.

Sincerely,

Louis Spitters

If this FAX is incomplete or difficult to read, please call (408) 293-0463.

CONFIDENTIALITY NOTICE
The documents accompanying this facsimile transmission contain confidential information belonging tot the sender which is legally privileged. The information is intended only for the use of the individuals or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile information is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone or arrange for the return of the original document to us.

## LAW OFFICES OF
# LOUIS SPITTERS

96 NORTH THIRD STREET, SUITE 500
SAN JOSE, CALIFORNIA 95112
TELEPHONE: (408) 293-0463
FACSIMILE: (408) 293-9514
E-MAIL: spitlaw@earthlink.net

October 29, 2007

Via Facsimile (210.227.5353) & U.S. Mail

Edward P. Cano
Attorney at Law
325 S. Flores
San Antonio, TX 78204

> Re: Immanuel Metal Corp. v Edward Z. Bine-Stock, et al.
> Our File No.: 1407

Dear Mr. Bine-Stock:

Please permit this letter to confirm that I have no objection to your Motion for
Extension of Time for compliance with the Court's Order regarding your Pro Haec Vice
Application.

When we talked on Friday, you indicated that there were case management orders
in place that had not been complied with. I requested that you formally serve my office
with a copy of the Court's case management orders. They should have been served with
the complaint but were not.

I am also inquiring whether, in light of the pending dispositive motion, you would
agree to stipulate to an order extending the compliance date with the orders to a date after
the hearing on the motions. Please advise me of your client's position on this issue
withing five court days. If I have not heard from you by then, I will proceed on the basis
that you will not stipulate, and I will make application to the Court for an extension. I do
not see the need for my clients to incur the substantial expense entailed with complying
with the Court's case management orders when this action is likely shortly to be
dismissed.

I also writ at this time, pursuant to Rule 11 of the Federal Rules of Civil
Procedure, concerning the allegations of the complaint your office has filed in this action.
Please consider this your safe harbor/notice letter of an intended motion under Rule 11 if

Edward P. Cano, Attorney at Law
October 30, 2007
Page 2

the issues presented herein are not satisfactorily addressed within 21 days of the date of
this letter.

For the reasons set forth in the Defendant's Motion to Dismiss, and based upon the
facts which Plaintiffs knew or should have known prior to the filing of this action, it is
not possible to assert a RICO claim under the circumstances giving rise to the parties'
agreement for shipment of the 1,000mt of scrap steel to your client in India. First, no
"enterprise" under RICO can be proven, as E&E Group is a business owned and operated
by Mr. Bine-Stock through which he is self-employed. Supreme Court precedent makes
clear that RICO claims cannot apply to self-employed persons because no "enterprise" as
required by the statute can exist in such circumstances. Secondly, there can be no pattern
of misconduct triggering application fo the RICO statute where, as here, the alleged
misconduct pertains to a single transaction. Additionally, Plaintiff has failed to aver or
offer evidence that Defendants made any material misrepresentations or otherwise
engaged in conduct proscribed by the RICO statute.

If you have any information or evidence that would contradict the inability of
Plaintiffs to proceed on a RICO claim in this action, please advise me of it at once.

Additionally, E&E Steel Trading is a fictitious business name owned by E&E
Group, LLC and has not separate legal existence. This is a matter of public record that
could have been verified with the County of Marin Recorder prior to the filing of this
action. E&E Steel Trading should therefore be dismissed as a party to this action. Please
confirm at your earliest opportunity that E&E Steel Trading shall be dismissed as a
defendant from this action.

For these reasons, Plaintiff is requested within 21 days of the date of this letter to
withdraw the complaint against Defendants alleging a civil RICO claim and to dismiss
the action against E&E Steel Trading.

Thank you for your anticipated courtesy and cooperation in the handling of this
matter.

Sincerely,

LOUIS SPITTERS

LS/sw

# DECLARATION OF
# DEFENDANT'S COUNSEL
# EXHIBIT "D"

STATEMENT-OFFICE COPY

*LAW OFFICES OF*
*LOUIS SPITTERS*
*96 N. THIRD STREET, SUITE 500*
*SAN JOSE, CALIFORNIA 95112*

NOV 15, 2007

**PLEASE PAY $1,394.38**
**UPON RECEIPT**

**REDRAFT STATEMENT**

LAST CHARGES BILLED ON:   10/07
LAST PAYMENT RECEIVED ON:   00/00

EDWARD & EVE BINE-STOCK
E&E STEEL TRADING
1001 BRIDGEWAY #227
SAUSALITO, CA 94965

(415) 331-4025

FILE #  1407  IMMANUEL METAL V BINE-STOCK                                                              (00 -R 7042)

**PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF:  $1,394.38**

FILE #  1407  IMMANUEL METAL V BINE-STOCK                                                              (00 -R 7042)

| | PROFESSIONAL SERVICES SINCE THE LAST STATEMENT: | HOURS | FEES |
|---|---|---|---|
| 1 LS | 9/21/07 REVIEW FILE FOR INITIAL EVALUATION. | .70 | 210.00 |
| 2 LS | 9/21/07 RESEARCH RICO STATUTE & PLEADING REQUIREMENTS. | 4.00 | 0.00* |
| 3 LS | 9/21/07 LETTER TO EDWARD BINESTOCK RE: INITIAL ASSESSMENT OF RICO ACTION. | 1.00 | 300.00 |
| 4 LS | 9/21/07 PREPARE FEE AGREEMENT. | .40 | 0.00* |
| 5 LS | 9/21/07 RESEARCH FEDERAL COURT DOCKET & RULES. | 1.00 | 0.00* |
| 6 LS | 9/25/07 RECEIVE AND REVIEW IMMANUEL METAL CORP CONTRACT WITH E&E GROUP, INC. | .20 | 60.00 |
| 7 LS | 9/25/07 RECEIVE AND REVIEW IMMANUEL METAL CORP IRREVOCABLE PURCHASE ORDER. | .10 | 30.00 |
| 8 LS | 9/25/07 RECEIVE AND REVIEW IMMANUEL METAL - E&E GROUP WORKING AGREEMENT. | .10 | 30.00 |
| 9 LS | 9/25/07 RECEIVE AND REVIEW E&E GROUP PRO FORMA INVOICES TO IMMANUEL METAL CORP. (X2). | .10 | 30.00 |
| 10 LS | 9/25/07 RECEIVE AND REVIEW 8/23/06 LETTER RE IMMANUEL METAL CORP. CONTRACT. | .10 | 0.00* |
| 11 LS | 9/25/07 LETTER FROM EVE BINE - STOCK RE CONTRACT DISPUTE WITH IMMANUEL METAL CORP. | .10 | 30.00 |
| 12 LS | 9/25/07 RECEIVE AND REVIEW E&E GROUP FICTITIOUS NAME FILING. | .10 | 30.00 |
| 13 LS | 9/25/07 RECEIVE AND REVIEW TEMPLATE FOR ICPO. | .10 | 30.00 |
| 14 LS | 9/25/07 RECEIVE AND REVIEW LETTER OF 9/8/06 TO EDWARD CANO (X2). | .10 | 0.00* |
| 15 LS | 9/25/07 LETTER TO ATTORNEY CANO RE: DISMISSAL OF EDWARD BINE - STOCK & E&E STEEL TRADING. | .60 | 180.00 |
| 16 LS | 9/25/07 RECEIVE AND REVIEW SAMPLE FINAL CONTRACT. | .10 | 30.00 |
| 17 LS | 9/25/07 RECEIVE AND REVIEW BUYERS INTRO - PAK. | .10 | 30.00 |
| 18 LS | 9/27/07 TELEPHONE CALL FROM EVE BINE - STOCK RE STATUS. | .10 | 30.00 |
| 19 LS | 9/27/07 RESEARCH RE: FURTHER PROCEEDING. | .00 | 0.00 |
| 20 LS | 10/04/07 LETTER TO CLIENTS RE: RETAINER AGREEMENT. | .10 | 30.00 |
| 21 LS | 10/05/07 TELEPHONE CALL FROM ATTORNEY FOR PLAINTIFF RE: CASE STATUS. | .10 | 30.00 |
| 22 LS | 10/05/07 LETTER TO ATTORNEY FOR PLAINTIFF RE: CASE STATUS. | .30 | 90.00 |
| 23 LS | 10/05/07 LETTER TO EDWARD BINE - STOCK RE: CASE STATUS. | .40 | 120.00 |
| 24 LS | 10/09/07 FACSIMILE TRANSMISSION TO EDWARD Z. BINE - STOCK RE: STATUS. | .10 | 30.00 |
| | | 10.00 | $1,320.00 |

SUMMARY OF HOURS, RATES & FEES

| | | | | |
|---|---|---|---|---|
| LS  HOURS: | 4.40 | @  $300.00 PER HOUR | $1,320.00 | |
| NO CHARGE HOURS: | 5.60 | | | |
| NET TOTAL HOURS: | 10.00 | NET TOTAL FEES: | $1,320.00 | |

| | COSTS ADVANCED SINCE THE LAST STATEMENT: | COSTS |
|---|---|---|
| 25 | 9/24/07  FACSIMILE TRANSMISSION CHARGES. | 8.00 |
| 26 | 9/24/07  POSTAGE. | 0.41 |
| 27 | 9/24/07  PHOTOCOPY CHARGES. | 2.00 |
| 28 | 9/26/07  FACSIMILE TRANSMISSION CHARGES. | 5.00 |
| 29 | 9/26/07  POSTAGE. | 0.82 |
| 30 | 9/26/07  PHOTOCOPY CHARGES. | 2.75 |

1

STATEMENT-OFFICE COPY

7042-00 -1407                              NOV 15, 2007                                    PAGE   2

| 31 | 10/04/07 | POSTAGE. | 0.58 |
| 32 | 10/04/07 | PHOTOCOPY CHARGES. | 1.75 |
| 33 | 10/08/07 | MESSENGER SERVICE. | 49.50 |
| 34 | 10/08/07 | FACSIMILE TRANSMISSION CHARGES. | 2.00 |
| 35 | 10/08/07 | PHOTOCOPY CHARGES. | 0.75 |
| 36 | 10/08/07 | POSTAGE. | 0.82 |

CURRENT COSTS:        $74.38

**PAYMENT ACTIVITY SINCE THE LAST STATEMENT:**

  37  10/23/07     $1,000.00   PAID INTO YOUR TRUST ACCOUNT.

           $1,000.00   REMAINS IN YOUR TRUST ACCOUNT.

BALANCE FROM THE LAST STATEMENT :         $0.00
PLUS: CHARGES LISTED ABOVE :      $1,394.38
TOTAL AMOUNT DUE AND PAYABLE, PLEASE PAY :    $1,394.38

STATEMENT

*LAW OFFICES OF*
*LOUIS SPITTERS*
*96 N. THIRD STREET, SUITE 500*
*SAN JOSE, CALIFORNIA 95112*

JAN 17, 2008

**PLEASE PAY $5,199.31
UPON RECEIPT**

EDWARD & EVE BINE-STOCK
E&E STEEL TRADING
1001 BRIDGEWAY #227
SAUSALITO, CA 94965

FILE # 1407  IMMANUEL METAL V BINE-STOCK

**PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF: $5,199.31**

FILE # 1407  IMMANUEL METAL V BINE-STOCK

| | | PROFESSIONAL SERVICES SINCE THE LAST STATEMENT: | HOURS | FEES |
|---|---|---|---|---|
| LS | 10/23/07 | RESEARCH RE: PETITION & MOTIONS IN OPPOSITION TO COMPLAINT. | 1.00 | 300.00 |
| LS | 10/23/07 | PREPARE NOTICE OF HEARING ON PETITION TO ENFORCE MEDIATION/ARBITRATION AGREEMENT & MOTION TO DISMISS & FOR COST BOND. | .40 | 120.00 |
| LS | 10/23/07 | PREPARE MOTION TO DISMISS & MOTION FOR COST BOND. | .30 | 90.00 |
| LS | 10/23/07 | PREPARE PETITION TO ENFORCE MEDIATION/ARBITRATION AGREEMENT (BEGUN). | .20 | 60.00 |
| LS | 10/24/07 | PREPARE DECLARATION OF EDWARD Z. BINE-STOCK IN SUPPORT OF PETITION & MOTION ON COMPLAINT PREPARE PROPOSED ORDER ON PETITION & MOTIONS PREPARE PETITION TO ENFORCE MEDIATION & ARBITRATION AGREEMENT | 1.60 | 480.00 |
| LS | 10/24/07 | PREPARE REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PETITION; INCLUDING DECLARATION & OBTAINING TREATY DOCUMENTS FROM U.S. DEPT. OF STATE & UNITED NATIONS WEBSITES. | 1.00 | 300.00 |
| LS | 10/24/07 | PREPARE PETITION TO ENFORCE ARBITRATION AGREEMENT (CONT'D). | 2.50 | 750.00 |
| LS | 10/26/07 | PREPARE MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF PETITION TO ENFORCE MEDIATION/ARBITRATION AGREEMENT; MOTION TO DISMISS; & MOTION FOR POSTING OF COST BOND BY PLAINTIFF. | 3.00 | 900.00 |
| LS | 10/26/07 | TELEPHONE CALL FROM ATTORNEY FOR IMMANUEL METAL RE: PRETRIAL MEET & CONFER STIPULATION; & SECOND MOTION FOR EXTENSION OF PRO HAC VICE MOTION. | .20 | 60.00 |
| LS | 10/29/07 | LETTER TO ATTORNEY FOR PLAINTIFF RE: DISMISSAL OF RICO CLAIM & E&E STEEL TRADING UNDER RULE 11. | .60 | 180.00 |
| LS | 10/29/07 | LETTER TO EDWARD Z. BINE-STOCK, E&E STEEL TRADING & E&E GROUP LLC RE STATUS. | .60 | 180.00 |
| LS | 10/29/07 | PREPARE DECLINATION TO HAVE MOTIONS HEARD BY MAGISTRATE JUDGE. | .20 | 60.00 |
| LS | 10/29/07 | RESEARCH RE: PLAINTIFF'S ASSOCIATED COUNSEL. | .10 | 0.00 |
| LS | 10/29/07 | REVIEW FILE RE: RESEARCH RE: PENDING MOTIONS & ORGANIZE FILE. | .50 | 0.00 |
| LS | 10/29/07 | RECEIVE AND REVIEW NOTICE OF REQUIREMENT FOR STIPULATING TO MAGISTRATE JUDGE. | .20 | 60.00 |
| LS | 10/29/07 | TELEPHONE CALL TO EDWARD & EVE BINE-STOCK RE: CONSENTING TO MAGISTRATE JUDGE. | .10 | 30.00 |
| LS | 11/05/07 | LETTER TO EDWARD BINE-STOCK RE: STATUS. | .30 | 90.00 |
| LS | 11/06/07 | PREPARE RENOTICE OF HEARING ON PETITION TO ENFORCE MEDIATION/ARBITRATION AGREEMENT, MOTION TO DISMISS, & MOTION FOR COST BOND TO 12/20/07 IN U.S.D.C. N. DIST. CAL. OAKLAND DIVISION. | .30 | 90.00 |
| | | | 13.10 | $3,750.00 |

**SUMMARY OF HOURS, RATES & FEES**

|  | | | | | |
|---|---|---|---|---|---|
| LS  HOURS: | 12.50 | @ | $300.00 PER HOUR | $3,750.00 | |
| NO CHARGE HOURS: | 0.60 | | | | |
| NET TOTAL HOURS: | 13.10 | | NET TOTAL FEES: | $3,750.00 | |

1

Case 4:07-cv-03402-CW    Document 58-2    Filed 02/07/2008    Page 21 of 23

STATEMENT

| 7042-00 -1407 | JAN 17, 2008 | PAGE 2 |
|---|---|---|

| **COSTS ADVANCED SINCE THE LAST STATEMENT:** | | **COSTS** |
|---|---|---|
| 10/30/07 | FACSIMILE TRANSMISSION CHARGES. | 2.00 |
| 10/30/07 | POSTAGE. | 1.16 |
| 10/30/07 | PHOTOCOPY CHARGES. | 2.00 |
| 11/06/07 | PHOTOCOPY CHARGES. | 16.50 |
| 11/06/07 | FACSIMILE TRANSMISSION CHARGES. | 13.00 |
| 11/20/07 | EXPEDITED MAIL CHARGES. | 20.27 |
| | CURRENT COSTS: | $54.93 |

$1,000.00 REMAINS IN YOUR TRUST ACCOUNT.

BALANCE FROM THE LAST STATEMENT :     $1,394.38
PLUS: CHARGES LISTED ABOVE :     $3,804.93
TOTAL AMOUNT DUE AND PAYABLE, PLEASE PAY :     $5,199.31

STATEMENT DATE:    JAN 17, 2008      FILE #  1407

*LAW OFFICES OF LOUIS SPITTERS*

2

STATEMENT

*LAW OFFICES OF*
*LOUIS SPITTERS*
*96 N. THIRD STREET, SUITE 500*
*SAN JOSE, CALIFORNIA 95112*

FEB 1, 2008

PLEASE PAY $7,051.36
UPON RECEIPT

EDWARD & EVE BINE-STOCK
E&E STEEL TRADING
1001 BRIDGEWAY #227
SAUSALITO, CA 94965

FILE # 1407  IMMANUEL METAL V BINE-STOCK

PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF: $7,051.36

FILE # 1407  IMMANUEL METAL V BINE-STOCK

| PROFESSIONAL SERVICES SINCE THE LAST STATEMENT: | | | HOURS | FEES |
|---|---|---|---|---|
| LS | 12/04/07 | RECEIVE AND REVIEW CASE MANAGEMENT ORDER. | .10 | 30.00 |
| LS | 12/04/07 | RECEIVE AND REVIEW PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRE-TRIAL ORDERS. | .10 | 30.00 |
| LS | 12/04/07 | RECEIVE AND REVIEW ORDER GRANTING PRO HAC VICE APPLICATION. | .10 | 30.00 |
| LS | 12/07/07 | RESEARCH RE LETTERS OF CREDIT. | 2.00 | 600.00 |
| LS | 12/07/07 | LETTER TO PLAINTIFF'S ATTORNEY RE MOTION TO ENFORCE MEDIATION/ARBITRATION AGREEMENT. | .30 | 90.00 |
| LS | 12/07/07 | LETTER TO ATTORNEY FOR PLAINTIFF RE RULE 11 SANCTIONS LETTER REQUESTING DISMISSAL OF RICO CLAIM & IMPROPER PARTIES. | .30 | 90.00 |
| LS | 12/10/07 | RECEIVE AND REVIEW MOTION TO CONTINUE HEARING ON. PETITION & MOTIONS. | .20 | 60.00 |
| LS | 12/10/07 | PREPARE RESPONSE TO REQUEST FOR CONTINUANCE OF 12/20 /07 MOTIONS. | 2.40 | 720.00 |
| | | | 5.50 | $1,650.00 |

**SUMMARY OF HOURS, RATES & FEES**
LS  HOURS:   5.50 @ $300.00 PER HOUR    $1,650.00

| COSTS ADVANCED SINCE THE LAST STATEMENT: | | COSTS |
|---|---|---|
| 12/05/07 | MESSENGER SERVICE. | 51.50 |
| 12/05/07 | POSTAGE. | 1.14 |
| 12/11/07 | MESSENGER SERVICE. | 97.50 |
| 12/11/07 | PHOTOCOPY CHARGES. | 0.50 |
| 12/11/07 | POSTAGE. | 0.41 |
| 12/18/07 | MESSENGER SERVICE. | 51.00 |
| | CURRENT COSTS: | $202.05 |

$1,000.00  REMAINS IN YOUR TRUST ACCOUNT.

BALANCE FROM THE LAST STATEMENT:   $5,199.31
PLUS: CHARGES LISTED ABOVE :   $1,852.05
TOTAL AMOUNT DUE AND PAYABLE, PLEASE PAY :   $7,051.36

STATEMENT DATE:   FEB 1, 2008    FILE # 1407

*LAW OFFICES OF LOUIS SPITTERS*

**STATEMENT**

*LAW OFFICES OF*
*LOUIS SPITTERS*
*96 N. THIRD STREET, SUITE 500*
*SAN JOSE, CALIFORNIA 95112*

FEB 5, 2008

**PLEASE PAY $7,552.86**
**UPON RECEIPT**

EDWARD & EVE BINE-STOCK
E&E STEEL TRADING
1001 BRIDGEWAY #227
SAUSALITO, CA 94965

FILE # 1407  IMMANUEL METAL V BINE-STOCK

PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF:  $7,552.86

FILE # 1407  IMMANUEL METAL V BINE-STOCK

| PROFESSIONAL SERVICES SINCE THE LAST STATEMENT: | | HOURS | FEES |
|---|---|---|---|
| LS | 12/27/07 RECEIVE AND REVIEW ORDER GRANTING PETITION TO ENFORCE MEDIATION & ARBITRATION AGREEMENT & DISMISSING ACTION. | .10 | 30.00 |
| LS | 12/27/07 PREPARE JUDGMENT OF DISMISSAL. | .30 | 90.00 |
| LS | 12/27/07 PREPARE NOTICE OF ENTRY OF JUDGMENT. | .30 | 90.00 |
| LS | 12/27/07 RESEARCH RE MOTION FOR ATTORNEYS FEES FOLLOWING ENTRY OF JUDGMENT (BEGUN). | .50 | 150.00 |
| LS | 1/04/08 PREPARE EMAIL TO CLIENT RE: PETITION & TERMS OF LETTER OF CREDIT. | .30 | 90.00 |
| | | 1.50 | $450.00 |

**SUMMARY OF HOURS, RATES & FEES**
LS  HOURS:  1.50  @  $300.00 PER HOUR  $450.00

| COSTS ADVANCED SINCE THE LAST STATEMENT: | COSTS |
|---|---|
| 1/07/08  MESSENGER SERVICE. | 51.50 |
| CURRENT COSTS: | $51.50 |

$1,000.00  REMAINS IN YOUR TRUST ACCOUNT.

BALANCE FROM THE LAST STATEMENT :  $7,051.36
PLUS: CHARGES LISTED ABOVE :  $501.50
TOTAL AMOUNT DUE AND PAYABLE, PLEASE PAY :  $7,552.86

STATEMENT DATE:  FEB 5, 2008   FILE # 1407

LAW OFFICES OF LOUIS SPITTERS