#1407
LOUIS SPITTERS - SBN 112064
LAW OFFICES OF LOUIS SPITTERS
96 North Third Street, Suite 500
San Jose, California  95112
(408) 293-0463


Attorneys for Defendants,
EDWARD Z. BINE-STOCK,
INDIVIDUALLY, E & E STEEL
TRADING and THE E & E GROUP, LLC


# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND, CALIFORNIA DIVISION

| | |
|---|---|
| THIRU J. IMMANUEL AND IMMANUEL METAL CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD Z. BINE-STOCK, INDIVIDUALLY, E & E STEEL TRADING, and E & E GROUP, LLC,<br><br>Defendants. | Case No.  C 07 3402 CW<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION FOR AWARD OF ATTORNEYS FEES AND COSTS; DECLARATION OF DEFENDANTS' COUNSEL IN SUPPORT THEREOF<br><br>DATE:   March 27, 2008<br>TIME:   2:00 p.m.<br>CTRM:   2 - 4th Floor<br>JUDGE:  Hon. Claudia Wilken |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that Defendants EDWARD Z. BINE-STOCK, E&E STEEL TRADING and E&E GROUP, LLC hereby request, pursuant to Federal Rules of Evidence, Rule 201, that at the time of the hearing on Defendants' Motion for Award of Attorneys Fees and Costs after entry of judgment in this action, the court take Judicial Notice of the following:

    1.    Plaintiffs' Complaint filed in this action on June 28, 2007.

       Authority: FRE 201; <u>Asdar Group v Pillsbury, Madison & Sutro</u>, 99 F.3d 289, 290 (9th Cir. 1996) (judicial notice of pleadings filed in same case proper).

    2.    Defendants' Petition filed in this action on October 25, 2007.

          Authority: FRE 201; <u>Asdar Group v Pillsbury, Madison & Sutro</u>, 99 F.3d 289, 290 (9th Cir. 1996) (judicial notice of pleadings filed in same case proper).

    3.    Declaration of Defendant Edward Z. Bine-Stock in support of Petition filed in this action on October 25, 2007.

          Authority: FRE 201; <u>Kinnett Dariies, Inc. v Farrow</u>, 580 F.2d 1260, 1277 (5th Cir. 1978) (judicial notice of pleadings and papers in Court's own file held proper).

    4.    Plaintiff's Response to Petition filed in this action on December 10, 2007.

          Authority: FRE 201; <u>Kinnett Dariies, Inc. v Farrow</u>, 580 F.2d 1260, 1277 (5th Cir. 1978) (judicial notice of pleadings and papers in Court's own file held proper).

    5.    Judgment of Dismissal filed in this action on January 24, 2008.

          Authority: FRE 201; <u>Asdar Group v Pillsbury, Madison & Sutro</u>, 99 F.3d 289, 290 n.1 (9th Cir. 1996) (judicial notice of orders filed in same case proper)

DATED: February 7, 2008                    LAW OFFICES OF LOUIS SPITTERS

                                          /s/ Louis Spitters
                                      LOUIS SPITTERS
                                      Attorney for Defendants,
                                      EDWARD Z. BINE-STOCK,
                                      INDIVIDUALLY, E & E STEEL TRADING,
                                      and THE E & E GROUP, LLC

DECLARATION OF COUNSEL IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE

I, LOUIS SPITTERS, declare:

    1.    I am an attorney at law licensed to practice before all courts of the State of California, all Federal District Courts located in California, and the Ninth Circuit Court of Appeals.  I am attorney for Defendants EDWARD Z. BINE-STOCK, E & E STEEL TRADING, and THE E & E GROUP, LLC in this action.  I have personal knowledge of the matters set forth herein.  If called to testify I could and would competently testify as to the truth of the facts stated herein.

    2.    Attached hereto, incorporated by reference herein, and marked as Exhibit "A" is a true and accurate copy of Plaintiffs' Complaint filed in this action on June 28, 2007.

1      3.    Attached hereto, incorporated by reference herein, and marked as Exhibit "B" is a true and accurate copy of Defendants' Petition filed in this action on October 25, 2007.

    4.    Attached hereto, incorporated by reference herein, and marked as Exhibit "C" is a true and accurate copy of Declaration of Defendant Edward Z. Bine-Stock in support of Petition filed in this action on October 25, 2007.

    5.    Attached hereto, incorporated by reference herein, and marked as Exhibit "D" is a true and accurate copy of Plaintiff's Response to Petition filed in this action on December 10, 2007.

    6.    Attached hereto, incorporated by reference herein, and marked as Exhibit "E" is a true and accurate copy of Judgment of Dismissal filed in this action on January 24, 2008, attached to the Notice of Entry of Judgment that was filed and served on January 25, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed on February 7, 2008 at San Jose, California.

                                                  /s/ Louis Spitters
                                                  LOUIS SPITTERS