Edward P. Cano
325 S. Flores
San Antonio, Texas 78204
Tel: (210) 223-1099
Fax: (210) 227-5353
edcanoattorney@sbcglobal.net
Texas State Bar No.: 03756700
Attorney for Plainitffs,
Thiru J. Immanuel and Immanuel
Metal Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| THIRU J. IMMANUEL AND<br>IMMANUEL METAL CORPORATION<br>    Plaintiffs<br><br>vs.<br><br>EDWARD Z. BINE-STOCK,<br>INDIVIDUALLY, E & E STEEL<br>TRADING AND THE E& E<br>GROUP, LLC<br>    Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.  C-07-03402-CW |

APPENDIX AND EXHIBITS IN SUPPORT OF
PLAINTIFF'S RESPONSE, OPPOSIITON AND OBJECTION TO
DEFENDANT'S MOTION FOR ATTORNEY'S FEES

1. Exhibit A
    Letter from Edward P. Cano to Edward Z. Bine-Stock, Esq. dated August 23, 2006

2. Exhibit B
    Letter from Edward Z. Bine-Stock to Edward P. Cano dated September 8, 2006

3. Exhibit C
    Letter from Edward P. Cano to Louis Spitters dated December 14, 2007

4. Exhibit D
    Letter from Louis Spitters to Edward P. Cano dated January 25, 2008

5. Exhibit E
    Affidavit of Attorney Edward P. Cano