# EXHIBIT "A"

# EDWARD P. CANO

**Attorney at Law**
**314 S. Flores**
**San Antonio, Texas 78204**
**(210)223-1099**

Board Certified Civil Trial Law
Texas Board of Legal Specialization

(210) 227-5353 Fax

August 23, 2006

<u>Via Facsimile (415) 331-4023</u>

Edward Z. Bine-Stock, Esq.
E & E Steel Trading
The E & E Group L.L.C.
1001 Bridgeway, #227
Sausalito, Marin County, California 94965

   RE: J. Immanuel; Immanuel Metal Corporation

Dear Mr. Bine-Stock:

  I represent J. Immanuel and Immanuel Metal Corporation acting by and through its attorney in fact Chandra U. Singh.

  After review of the records in this case, it appears that you and company defrauded my clients out of $52,500.00 in U.S. Currency by use of wire and interstate and international means of communication.

  My client was to receive scrap metal shipment from your company.

  I demand all letters, agreements, communications between you and my client.

  If I do not receive this information or written communication in response by Friday, August 25, 2006, I will refer this matter to the F.B.I. and/other law enforcement authorities.

  Demand is made for the immediate reimbursement of $52,500.00 to my client by cashier's check.

      Respectfully,

      Edward P. Cano
      Attorney at Law

# EDWARD P. CANO

**Attorney at Law**
**314 S. Flores**
**San Antonio, Texas 78204**
**(210)223-1099**

Board Certified Civil Trial Law
Texas Board of Legal Specialization

(210) 227-5353 Fax

## TELEFAX TRANSMISSION SHEET

**DATE: AUGUST 23, 2006**

**TO: EDWARD Z. BINE-STOCK, ESQ.**

**COMPANY: E & E STEEL TRADING**

**FROM:  ATTORNEY EDWARD P. CANO**

**TELEFAX NO.: (415) 331-4023**

**RE:    J. IMMANUEL; IMMANUEL METAL CORPORATION**

**TOTAL NUMBER OF PAGES 2___ (INCLUDING THIS PAGE) ORIGINALS FOLLOW BY FIRST CLASS MAIL ____ ORIGINALS WILL NOT FOLLOW BY MAIL _____ ORIGINALS FOLLOW BY FEDERAL EXPRESS ____ ORIGINALS FOLLOW BY HAND-DELIVERY ___**

**COMMENTS:_____**
_____
_____

## CONFIDENTIALITY NOTICE

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION WHICH IS LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE IMMEDIATELY NOTIFY THE LAW OFFICE OF EDWARD P. CANO BY TELEPHONE OR THE U.S. POSTAL SERVICE TO ARRANGE FOR RETURN OF THE ORIGINAL DOCUMENTS TO THIS OFFICE. YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTING, OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED.

TRANSMISSION VERIFICATION REPORT

TIME  : 08/23/2006 14:57
NAME  :
FAX   :
TEL   :

DATE,TIME              08/23  14:56
FAX NO./NAME           14153314023
DURATION               00:00:36
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM

# EXHIBIT "B"



*B"H*

<u>**By FAX & 1st Class Mail**</u>
<u>*With Certificate of Posting*</u>

Edward P. Cano, Esq.
314 S. Flores
San Antonio, TX 78204

8th September, 2006

Dear Mr. Cano,

### <u>Re.: Immanuel</u>

This will refer to the contents our recent telephone conversation when you telephoned me at our Offices, and will serve as my written response to your letter dated 23rd August, 2006.

Permit me to explain the "Esq." after my name. While I do not practice Law, I studied to become a Barrister (English Trial Lawyer) in London in my youth, and am proud to be a Life Member of the Honourable Society of Gray's Inn (an Inn of Court). Having studied at King's College, I was also invited by St. Catherine's College, Oxford, to read Jurisprudence there.

The following will serve as a tentative confirmation of the information which I imparted to you during that conversation, with one of my associates listening in as a witness, pending your contact with Louis Spitters, Esq., our Legal Counsel. As I have advised you, Mr. Spitters will be handling this matter on behalf of my Company, THE E&E GROUP LLC, as well as myself, personally. Mr. Spitters will be receiving a copy of this letter.

First and foremost is the issue of whether or not you are, indeed, representing Mr. J. Immanuel of India, our Client, via a Mr. Chandra U. Singh who has advised me is in possession of the appropriate Power of Attorney as given to him by the said

**E & E Steel Trading®**
**a Registered Trade Name of THE E & E GROUP LLC**
**Telephone: (415) 331-4025    Fax: (415) 331-4023**
**Email: EandEGroup@EandEGroup.com**
**Web Site: www.EandEGroup.com**
**Address: 1001 Bridgeway, #227——**
**Sausalito, Marin County, California 94965**
**U.S.A.**

MEMBER



Immanuel, and whether or not you are otherwise entitled to represent legally Immanuel in the USA and under American Law in spite of the conditions precedent in our Contracts with Immanuel that the Law governing our relationship shall be the substantive Law of England and that the Venue regarding same shall be London. We have yet to see a duplicate original of the hard copy of said Power of Attorney, as well as the relevant document appointing you as Counsel of Record for Immanuel in this matter.

In any event, it appears that the "story" related to you by said Singh as well as the documentation presented to you by him are substantially bogus and incomplete, resulting in your coming to a substantially untrue and incorrect conclusion which cannot be taken seriously.

The most obvious fact of which you have been unaware is that there is, indeed, not only one, but three related written Contracts between ourselves and Immanuel, the most formidable of which is entitled "Final Sales and Purchase Contract" and which is some thirty pages in length. All three Contracts were duly initialed, signed and sealed by Immanuel and ourselves. Secondly, you have been misled in believing that Immanuel has paid for the Scrap in its entirety, whereas, in fact, he has paid only a small portion as (in this case) a non-refundable Deposit only representing merely 25% of the sum total value of the Final Contract.

Moreover, you have not been made aware of the fact that Immanuel simply refused to open the requisite Letter of Credit as agreed under Final Contract and has violated other Terms, that is, both Conditions and Warranties, of all three Contracts on multiple occasions preventing us from fulfilling our discharge of same.

Not having "a leg to stand on" under the Rule of Law, Immanuel, via Singh, then proceeded to justify his reneging on all Contracts, claiming that he had no professional, legal assistance in his review of same: an unmitigated travesty of a "Defence", and, becoming more and more desperate, resorted to claiming "Fraud", for whatever reason we do not know.

In addition to the multiple Breaches, including Anticipatory Breaches alluded to above, Immanuel proceeded ridiculously to refuse to accept any of our correspondence saying once to Fedex (from whom we have this in writing) that he has no "business relationship" with ourselves, E&E, and on another occasion in writing that we wrote to the "wrong address": another incontrovertible lie.

$$E \ \& \ E = mc^2 \text{ }_{SM}$$

Page 2



Another crucial, material breach of a Condition Precedent is Immanuel's failure to meet with us as contractually agreed for a reason which can only be described as yet another travesty: his refusal to express the minimum of flexibility in varying his "business travel plans" by only as little as two days. This travesty of an excuse is only exacerbated by Immanuel's virtually constant insistence that "all things go his way" instead of negotiating in good faith, taking the correct, mature posture in decision-making whilst engaging in business.

As you will no doubt hear from Mr. Spitters, there is much more to complain about relating to Immanuel's words and conduct, of which you will be apprised by Mr. Spitters direct, particularly how Immanuel's and Singh's behaviour breaches California Statue and Federal Law. However, "what takes the cake" is perhaps Immanuel's attempt to gain financially from E&E by means of propounding falsehhods regarding Indian Banking regulations regarding foreign exchange. This, together with the various other forms of both Immanuel's and Singh's posturing leaves E&E little choice but to claim Fraud as against Immanuel in Immanuel's attempts to defraud E&E.

As is evident from our 200 page Web Site of many years, E&E has been a respected, successful Trading Partner for some 27 years now and has a position of prominence with its Chamber of Commerce as well as with Messrs. Dun and Bradstreet, the premier independent business and credit reporting agency—with whom it has the highest possible rating in its class—, as well as with its Bankers. Indeed, I, myself, as the CEO and Managing Director of E&E, was trained, personally, by two Past Presidents of the Association of Steel Distributors of America, at the beginning of my career. We are hardly compelled to resort to "Fraud" for the sake of a tiny, sample Order from some Third World entity.

To the contrary, Immanuel's US$50,000+ is being retained by us as against E&E's Loss of Profit together with a host of other Damages. Had E&E been "in the wrong" here in some material way, E&E would gladly have agreed to do its level best to effect the appropriate correction. However, as intimated above, there is nothing to correct here on the part of E&E, inasmuch as E&E's Executives have conducted themselves like gentlemen and have operated strictly within the Custom of the Trade as it is known to be in the USA as well as in the rest of the civilised world.

$$E \& E = mc^2$$
SM

Page 3



Yours sincerely,

**E & E Steel Trading**
**A Registered Trade Name of THE E & E GROUP LLC**

**Edward Z. Bine-Stock, Esq.**
**CEO & Managing Director**

**cc: Louis Spitters, Esq.**

$$E \& E = mc^2 \text{ }_{SM}$$

Page 4

# EXHIBIT "C"

# EDWARD P. CANO
## ATTORNEY AT LAW
### 325 S. FLORES
### SAN ANTONIO, TEXAS 78204
### (210) 223-1099
### (210) 227-5353
e-mail: edcanoattorney@sbcglobal.com

BOARD CERTIFIED CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

December 14, 2007

Mr. Louis Spitters
Attorney at Law
96 North Third Street, Suite 500
San Jose, California 95112

     Re: Immanuel Metal Corp. v. Edward Z. Bine-Stock, et. al.
        Case No. C 07-03402 CW; United States District Court
        <u>Northern District of California, Oakland Division</u>

Dear Mr. Spitters:

     I called you yesterday and left a message for you which informs you that my clients will not be opposed to the court granting your requested relief to compel the parties to submit to pre-litigation mediation and arbitration request for relief, and dismissal of this suit, without prejudice, of this action which would be subject to the Federal Arbitration Act.

     Not opposing and consenting to your request for relief would make your alternative request moot. That is, your clients' Motions to Dismiss for Failure to State a Claim and for Cost Bond.

     I also confirm, as a collateral matter separate from those before the court, and to move our dispute forward, that I requested that your clients agree to mediate and/or arbitrate in the United States.

     Please notify me if I can inform the court, as part of, or in lieu of my response that we are in accord on the issues pending, which I mention above.

     Thank you for your attention.

                     Respectfully,

                     Edward P. Cano
                     Attorney at Law

cc: client; Kevin Gray, Esquire

# EDWARD P. CANO

## Attorney at Law
### 325 S. Flores
### San Antonio, Texas 78204
### (210)223-1099

Board Certified Civil Trial Law
Texas Board of Legal Specialization

(210) 227-5353 Fax

## TELEFAX TRANSMISSION SHEET

DATE: __12-14-07__

TO: __Kevin Gray__

COMPANY: _____

FROM: __ATTORNEY EDWARD P. CANO__

TELEFAX NO.: __(415) 288-6618__

RE: __Immanuel Metal Corp. vs. Edward Z. Bine-Stock__

TOTAL NUMBER OF PAGES __2__ (INCLUDING THIS PAGE) ORIGINALS
FOLLOW BY FIRST CLASS MAIL ____ ORIGINALS WILL NOT FOLLOW BY
MAIL ____ ORIGINALS FOLLOW BY FEDERAL EXPRESS ____ ORIGINALS
FOLLOW BY HAND-DELIVERY ___

COMMENTS: __Letter to Spitters__

_____

_____

_____

### CONFIDENTIALITY NOTICE

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION MAY CONTAIN
CONFIDENTIAL INFORMATION WHICH IS LEGALLY PRIVILEGED. THE INFORMATION IS
INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. IF YOU HAVE RECEIVED
THIS TELECOPY IN ERROR, PLEASE IMMEDIATELY NOTIFY THE LAW OFFICE OF EDWARD P.
CANO BY TELEPHONE OR THE U.S. POSTAL SERVICE TO ARRANGE FOR RETURN OF THE
ORIGINAL DOCUMENTS TO THIS OFFICE. YOU ARE HEREBY NOTIFIED THAT ANY
DISCLOSURE, COPYING, DISTRIBUTING, OR TAKING OF ANY ACTION IN RELIANCE ON THE
CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED.

TRANSMISSION VERIFICATION REPORT

```
                                              TIME   :  12/14/2007 10:33
                                              NAME   :
                                              FAX    :
                                              TEL    :
```

```
DATE,TIME                    12/14  10:33
FAX NO./NAME                 14152086618
DURATION                     00:00:44
PAGE(S)                      02
RESULT                       OK
MODE                         STANDARD
                             ECM
```

# EDWARD P. CANO

**Attorney at Law**
**325 S. Flores**
**San Antonio, Texas 78204**
**(210)223-1099**

Board Certified Civil Trial Law
Texas Board of Legal Specialization

(210) 227-5353 Fax

## TELEFAX TRANSMISSION SHEET

DATE: _12-14-07_

TO: _LOUIS Spitters_

COMPANY: _____

FROM: <u>ATTORNEY EDWARD P. CANO</u>

TELEFAX NO.: _(408) 293-9514_

RE: _Immanuel Metal Corp vs. Edward Z. Bine-Stock_

TOTAL NUMBER OF PAGES _2_ (INCLUDING THIS PAGE) ORIGINALS
FOLLOW BY FIRST CLASS MAIL ____ ORIGINALS WILL NOT FOLLOW BY
MAIL _____ ORIGINALS FOLLOW BY FEDERAL EXPRESS ____ ORIGINALS
FOLLOW BY HAND-DELIVERY ___

COMMENTS: _____

_____

_____

_____

## <u>CONFIDENTIALITY NOTICE</u>

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION MAY CONTAIN
CONFIDENTIAL INFORMATION WHICH IS LEGALLY PRIVILEGED. THE INFORMATION IS
INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. IF YOU HAVE RECEIVED
THIS TELECOPY IN ERROR, PLEASE IMMEDIATELY NOTIFY THE LAW OFFICE OF EDWARD P.
CANO BY TELEPHONE OR THE U.S. POSTAL SERVICE TO ARRANGE FOR RETURN OF THE
ORIGINAL DOCUMENTS TO THIS OFFICE. YOU ARE HEREBY NOTIFIED THAT ANY
DISCLOSURE, COPYING, DISTRIBUTING, OR TAKING OF ANY ACTION IN RELIANCE ON THE
CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED.

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 12/14/2007 10:36
                                    NAME  :
                                    FAX   :
                                    TEL   :
```

```
   DATE,TIME            12/14  10:36
   FAX NO./NAME         14082939514
   DURATION             00:00:44
   PAGE(S)              02
   RESULT               OK
   MODE                 STANDARD
                        ECM
```

# EXHIBIT "D"

## LAW OFFICES OF LOUIS SPITTERS
96 North Third Street, Suite 500
San Jose, California 95112
Telephone: (408) 293-0463
Facsimile: (408) 293-9514
Email: spitlaw@earthlink.net

## FACSIMILE COVER SHEET

TO:       EDWARD P. CANO                    FAX NO.:210.227.5353
                                           PH. NO.:210.227.1099

FROM:     LOUIS SPITTERS
DATE:     January 25, 2008
RE:       Immanuel Metal Corp. v Bine-Stock, et al.
          Our File No: 1407

NO. PAGES (including cover sheet): ___1___

Dear Counsel:

Please permit this letter to confirm receipt of your telephone message today responding to my meet and confer efforts on the motion for attorneys fees and costs. Your message advised that Plaintiff is willing to pay Defendants' court costs, but not their attorneys fees. You message contained no explanation for this position. You stated that this is the position you would have presented had we been able to engage in a telephonic meet and confer conference.

As you aware, the motion must be filed tomorrow. I must at this time proceed with completion of and with the filing of the motion.

Sincerely,

Louis Spitters

If this FAX is incomplete or difficult to read, please call (408) 293-0463.

CONFIDENTIALITY NOTICE
The documents accompanying this facsimile transmission contain confidential information belonging for the sender which is legally privileged. The information is intended only for the use of the individuals or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile information is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone or arrange for the return of the original document to us.

# EXHIBIT "E"

Edward P. Cano
325 S. Flores
San Antonio, Texas 78204
Tel: (210) 223-1099
Fax: (210) 227-5353
edcanoattorney@sbcglobal.net
Texas State Bar No.: 03756700
Attorney for Plainitffs,
Thiru J. Immanuel and Immanuel
Metal Corporation

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | | |
|---|---|---|
| **THIRU J. IMMANUEL AND** | § | |
| **IMMANUEL METAL CORPORATION** | § | |
| **Plaintiffs** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. C-07-03402-CW** |
| | § | |
| **EDWARD Z. BINE-STOCK,** | § | |
| **INDIVIDUALLY, E & E STEEL** | § | |
| **TRADING AND THE E& E** | § | |
| **GROUP, LLC** | § | |
| **Defendants** | § | |

### AFFIDAVIT FOR BUSINESS RECORDS

Edward P. Cano appeared before me today and stated under oath:

"My name is Edward P. Cano. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

"I am the custodian of the records of Law Office of Edward P. Cano, 325 S. Flores, San Antonio, Texas 78204. Adopted and incorporated are Exhibits A, B, C, and D in Appendix in this cause consisting of 18 pages. These pages of records are kept by Attorney Edward P. Cano in the regular course of business, and it was the regular course of business of Edward P. Cano, with knowledge of the act, event, condition, opinion, or diagnosis recorded, to make the record or to transmit information thereof to be included in the record. The record was made at or near the time or reasonably soon thereafter.

1

The records are Adopted and incorporated are Exhibits A, B, C, and D in Appendix in

this cause are the original or exact duplicates of the original."

_Edward P. Cruz_
Affiant

SIGNED under oath before me on _March 6, 2008_ .

JESSICA MARIE GARZA
Notary Public, State of Texas
My Commission Expires:
May 17, 2008

_Jessica Marie Garza_
Notary Public, State of Texas

2