#1407
LOUIS SPITTERS - SBN 112064
LAW OFFICES OF LOUIS SPITTERS
96 North Third Street, Suite 500
San Jose, California 95112
(408) 293-0463

Attorneys for Defendants,
EDWARD Z. BINE-STOCK,
INDIVIDUALLY, E & E STEEL
TRADING and THE E & E GROUP, LLC

# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND, CALIFORNIA DIVISION

| | |
|---|---|
| THIRU J. IMMANUEL AND IMMANUEL METAL CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD Z. BINE-STOCK, INDIVIDUALLY, E & E STEEL TRADING, and E & E GROUP, LLC,<br><br>Defendants. | Case No. C 07 3402 CW<br><br>REPLY DECLARATION OF DEFENDANTS' COUNSEL IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS FEES AND COSTS; INCLUDING REQUEST FOR ADDITIONAL ATTORNEYS FEES OF 1,800.00 FOR PREPARATION OF REPLY<br><br>DATE: March 27, 2008<br>TIME: 2:00 p.m.<br>CTRM: 2 - 4th Floor<br>JUDGE: Hon. Claudia Wilken |

I, LOUIS SPITTERS, declare:

1.  I am an attorney at law licensed to practice before all courts of the State of California, all Federal District Courts located in California, and the Ninth Circuit Court of Appeals. I am attorney for Defendants EDWARD Z. BINE-STOCK, E & E STEEL TRADING, and THE E & E GROUP, LLC in this action. I have personal knowledge of the matters set forth herein. If called to testify I could and would competently testify as to the truth of the facts stated herein.

2.  Prior to bringing the Petition to Enforce the parties' Mediation and Arbitration agreement, discussed the subject of the parties mediation and arbitration agreement with Plaintiffs'

counsel. I suggested that Plaintiffs' counsel dismiss or stay the action pending his clients' compliance with the mediation and arbitration agreement. Plaintiffs' counsel declined to do so, claiming that the contract was not the subject matter of the action.

3. Plaintiffs' opposition asserts that there has been no communication regarding mediation and arbitration following the entry of judgment in this action. Though it is not relevant to the pending action, in order to clarify the record, the Court should be made aware this statement is not true. On not less than two occasions since the entry of judgment I have advised Plaintiffs' counsel that my clients are willing to engage in mediation and arbitration as required by the parties' agreement. Plaintiffs' attorney requested that the proceedings be held in Texas. I stated that my clients' health doe not permit him to travel. I explained that the mediation and arbitration would have to proceed in San Francisco. I suggested, shortly after the hearing on the Petition was to have convened, that Plaintiffs' attorney contact the Judicial Arbitration and Mediation Service (JAMS) in San Francisco, and provide this declarant with a list of proposed mediators. I have had no further communication with Plaintiffs'

4. Based upon my representation of Defendants in this case the facts set forth in Section II of the Reply Memorandum of Points and Authorities submitted herewith are true and accurate.

5. At the time this declarant submitted this motion, I estimated that I would require not more than two hours' time to review Plaintiffs' opposition to the motion and to prepare a reply papers. Due to the far-ranging and unsupported claims and objection asserted in Plaintiffs' Opposition, I have been required to conduct additional discovery on matters unrelated to the issues of Defendants' costs and attorneys fees in order to address the matters raised in the Opposition. The preparation of Plaintiff's reply papers has taken substantially in excess of eight (8) hours, rather than the two (2)hours time I reasonably anticipated at the time I filed this motion. I am compensated at $300 per hour work in this matter. Accordingly, on behalf of Defendants, this declarant requests that the court award an additional six (6) hours, or $1,800 on Defendants' Motion for Costs and Attorneys Fees, for a total request of attorneys fees and costs incurred in this action of $13,381.86. This declarant respectfully submits that the amount of additional attorneys

fees incurred in the preparation of Defendants' reply papers on this motion is reasonable in light of the circumstances of this action.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed on March 13, 2008 at San Jose, California.

                                              /s/ Louis Spitters
                                              LOUIS SPITTERS