IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IMMANUEL, et al.,

    Plaintiffs,

  v.

BINE-STOCK, et al.,

    Defendants.
                            /

No. C 07-03402 CW

<u>CLERK'S NOTICE TAKING MOTION UNDER SUBMISSION</u>

    Notice is hereby given that the Court, on its own motion, shall take Defendants' Motion for Award of Attorneys Fees and Costs under submission on the papers. The hearing previously scheduled for March 27, 2008, is vacated.

Dated: 3/20/08

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk