#1407
LOUIS SPITTERS - SBN 112064
LAW OFFICES OF LOUIS SPITTERS
96 North Third Street, Suite 500
San Jose, California 95112
(408) 293-0463

Attorneys for Defendants,
EDWARD Z. BINE-STOCK,
INDIVIDUALLY, E & E STEEL
TRADING AND THE E & E
GROUP, LLC

# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND, CALIFORNIA DIVISION

| | |
|---|---|
| THIRU J. IMMANUEL AND IMMANUEL METAL CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD Z. BINE-STOCK, INDIVIDUALLY, E & E STEEL TRADING, and E & E GROUP, LLC,<br><br>Defendants. | Case No. C 07 3402 CW<br><br>**NOTICE OF ENTRY OF ORDER** |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the motion of Defendants EDWARD Z. BINE-STOCK, E & E STEEL TRADING, and E & E GROUP, LLC for an Order Granting Defendants' Motion for Award of Attorneys' Fees and Costs from Plaintiffs THIRU J. IMMANUEL AND IMMANUEL METAL CORPORATION was granted in favor of Defendants and against Plaintiffs as reflected in the Order attached hereto.

DATED: April 2, 2008                    LAW OFFICES OF LOUIS SPITTERS
                                                        /s/ Louis Spitters
                                                        LOUIS SPITTERS
                                                        Attorney for Defendants,
                                                        EDWARD Z. BINE-STOCK,
                                                        INDIVIDUALLY, E & E STEEL TRADING,
                                                        AND THE E & E GROUP, LLC