```
1  #1407
   LOUIS SPITTERS - SBN 112064
2  LAW OFFICES OF LOUIS SPITTERS
   96 North Third Street, Suite 500
3  San Jose, California  95112
   (408) 293-0463
4

5  Attorneys for Defendants,
   EDWARD Z. BINE-STOCK,
6  INDIVIDUALLY, E & E STEEL
   TRADING AND THE E & E
7  GROUP, LLC
```

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND, CALIFORNIA DIVISION

| | |
|---|---|
| THIRU J. IMMANUEL AND IMMANUEL METAL CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>EDWARD Z. BINE-STOCK, INDIVIDUALLY, E & E STEEL TRADING, and E & E GROUP, LLC,<br><br>　　　　　Defendants. | Case No.  C 07 3402 CW<br><br>**CERTIFICATE OF SERVICE** |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

　　　I certify and declare as follows:

　　　I am over the age of 18 years, and not a party to this action.  My business address is 96 North Third Street, Suite 500, San Jose, California 95112, which is located in the county where the mailing described below took place.

　　　I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

**CERTIFICATE OF SERVICE**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PAGE 1**

1   On April 2, 2008, at my place of business at 96 North Third Street, Suite 500, San Jose,
2   California, (a copy of the attached/the following document): **AMENDED JUDGMENT OF**
3   **DISMISSAL** was deposited in the United States Postal Service in a sealed envelope, with postage
4   fully prepaid, addressed to:

5   Kevin Gray
    650 California St., 19th Fl.
6   San Francisco, CA  94108
    415.288.6600 / 415.288.6618 Fax
7   **Attorney for Plaintiffs**

8   and the envelope was placed for collection and mailing on that date following ordinary business
9   practices.
10  I certify and declare under penalty of perjury under the laws of the State of California that
11  the foregoing is true and correct.
12  Executed on April 2, 2008                    /s/    SALLY WALLACE
                                                        SALLY WALLACE

**CERTIFICATE OF SERVICE**                                              **PAGE 2**