#1407
LOUIS SPITTERS - SBN 112064
LAW OFFICES OF LOUIS SPITTERS
96 North Third Street, Suite 500
San Jose, California 95112
(408) 293-0463


Attorneys for Defendants,
EDWARD Z. BINE-STOCK,
INDIVIDUALLY, E & E STEEL
TRADING AND THE E & E
GROUP, LLC

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND, CALIFORNIA DIVISION

| | |
|---|---|
| THIRU J. IMMANUEL AND IMMANUEL METAL CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD Z. BINE-STOCK, INDIVIDUALLY, E & E STEEL TRADING, and E & E GROUP, LLC,<br><br>Defendants. | Case No. C 07 3402 CW<br><br>NOTICE OF ENTRY OF **AMENDED** JUDGMENT OF DISMISSAL<br>[Federal Rules of Civil Procedure, Rules 58 & 79] |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE that the **Amended** Judgement of Dismissal attached hereto was entered by the Court in this action on April 4, 2008.

DATED: April 10, 2008                    LAW OFFICES OF LOUIS SPITTERS

　　　　　　　　　　　　　　　　　　　　　　　／s／   LOUIS SPITTERS
　　　　　　　　　　　　　　　　　　　　LOUIS SPITTERS
　　　　　　　　　　　　　　　　　　　　Attorney for Defendants,
　　　　　　　　　　　　　　　　　　　　EDWARD Z. BINE-STOCK, Individually,
　　　　　　　　　　　　　　　　　　　　E & E STEEL TRADING and
　　　　　　　　　　　　　　　　　　　　E&E GROUP, LLC

**NOTICE OF ENTRY OF AMENDED JUDGMENT OF DISMISSAL**　　　　　　　　　　　　　　**PAGE 1**

1  #1407
   LOUIS SPITTERS - SBN 112064
2  LAW OFFICES OF LOUIS SPITTERS
   96 North Third Street, Suite 500
3  San Jose, California 95112
   (408) 293-0463
4

5  Attorneys for Defendants,
   EDWARD Z. BINE-STOCK,
6  INDIVIDUALLY, E & E STEEL
   TRADING AND THE E & E
7  GROUP, LLC

8              THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                 OAKLAND, CALIFORNIA DIVISION

10

11 THIRU J. IMMANUEL AND IMMANUEL  )   Case No. C 07 3402 CW
   METAL CORPORATION,              )
12                                 )   **AMENDED**
                  Plaintiffs,      )   JUDGMENT OF DISMISSAL
13                                 )   [Federal Rules of Civil Procedure, Rules 58 &
   vs.                             )   79]
14                                 )
   EDWARD Z. BINE-STOCK,           )
15 INDIVIDUALLY, E & E STEEL       )
   TRADING, and E & E GROUP, LLC,  )
16                                 )
                  Defendants.      )
17 _____)

18

19 TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

20     This cause came to be heard on the Petition of Defendants EDWARD Z. BINE-STOCK,

21 E&E STEEL TRADING and E&E GROUP, LLC, to Enforce Pre-Litigation Mediation and

22 Arbitration Agreement and for Dismissal of Action, pursuant to 9 U.S.C. Sections 2 and 201, et

23 seq., on the grounds that the agreement upon which this action is based contains an enforceable

24 pre-litigation mediation and arbitration agreement, and the Court having granted the Petition on

25 December 21, 2007, and the Court having granted Defendants' Motion for Costs and Attorneys

26 Fees in the sum of $10,681.86 on March 31, 2008,

27     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is dismissed,

28 without prejudice, on the grounds set forth in the Petition, that Judgment shall be and is hereby

1 | entered for Defendants EDWARD Z. BINE-STOCK, E&E STEEL TRADING and E&E GROUP,
2 | LLC, and against Plaintiffs THIRU J. IMMANUEL and IMMANUEL METAL CORPORATION,
3 | and that Defendants shall recover from Plaintiffs their costs herein, in the amount of $10,681.86,
4 | with interest thereon at the legal rate from the date of entry of this Judgment until paid in full, and
5 | such costs and attorneys fees as may be incurred in enforcing the Judgment.

Dated:   4/8/08

Hon. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

AMENDED JUDGMENT OF DISMISSAL                                                       PAGE 2